IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff-Intervenor ) | |
|    and Amicus Curiae, ) | |
| ) | |
| NATIONAL EDUCATION ) | |
| ASSOCIATION, INC., ) | |
| ) | |
|    Plaintiff-Intervenor, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 3:70cv846-T |
| MACON COUNTY BOARD OF ) | (WO) |
| EDUCATION, et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

The court being of the opinion, after the recent reassignment of this case to the undersigned, that the parties should now move toward "unitary status" for this school system and for the termination of this litigation, it is ORDERED as follows:

(1) By no later than August 12, 2005, counsel for plaintiff-intervenor United States of America, after conferring with counsel for all other parties, shall file with the court a proposal as to how the parties and the court should proceed in this case toward a declaration of unitary status and for the eventual termination of this litigation.

(2) A status conference is set for August 19, 2005, at 8:15 a.m.  Plaintiff-intervenor United States of America is to arrange for the conference to be conducted by telephone.

DONE, this the 27th day of June, 2005.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**