IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ANTHONY T. LEE, et al.,        )
                               )
    Plaintiffs,                )
                               )
UNITED STATES OF AMERICA,      )
                               )
    Plaintiff-Intervenor       )
    and Amicus Curiae,         )
                               )
NATIONAL EDUCATION             )
ASSOCIATION, INC.,             )
                               )
    Plaintiff-Intervenor,      )
                               )
    v.                         )   CIVIL ACTION NO.
                               )      3:70cv846-T
MACON COUNTY BOARD OF          )
EDUCATION, et al.,             )
                               )
    Defendants.                )
```

ORDER

Upon consideration of defendant Macon County Board of Education's petition for expedited approval to close schools (Doc. No. 74), it is ORDERED that the other parties show

cause, if any there be, in writing by July 15, 2005, as to why said petition should not be granted.

DONE, this the 27th day of June, 2005.

                                                                  /s/ Myron H. Thompson
                                             UNITED STATES DISTRICT JUDGE