IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY T. LEE, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff-Intervenor | ) |
| And Amicus Curiae, | ) |
| | ) |
| **NATIONAL EDUCATION** | ) |
| **ASSOCIATION, INC.,** | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:70-cv-846-T |
| | ) |
| **MACON COUNTY BOARD OF** | ) |
| **EDUCATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW, Fred D. Gray, Jr. of the law firm of Gray, Langford, Sapp, McGowan, Gray & Nathanson and enters this Notice of Appearance on behalf of the Plaintiffs, Anthony T. Lee, et al., also referred to as the Lee Plaintiffs and/or Private Plaintiffs.

DONE THIS 13th day of July, 2005.

/s/ Fred D. Gray, Jr.
Fred D. Gray, Jr. (GRA044)
Attorney for Plaintiffs

**OF COUNSEL:**

GRAY, LANGFORD, SAPP, MCGOWAN, GRAY
   & NATHANSON
P.O. Box 830239
Tuskegee, Alabama 36083
(334) 727-4830 Phone
(334) 727-5877 Fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the forgoing Notice of Appearance has been served upon the following counsel of record, by placing the same in the U.S. mail, postage prepaid, this 13th day of July, 2005.

Deborah Hill Biggers, Esq.
113 E. Northside Street
Tuskegee, Alabama 36083

Norman J. Chachkin, Esq.
NAACP Legal Defense Fund
 and Educational Fund, Inc.
Attorneys for Plaintiffs
99 Hudson Street, Suite 1600
New York, NY  10013

U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Avenue NW
Washington, DC 20530

Lateefah Muhammad, Esq.
P.O. Box 1096
Tuskegee, Alabama 36087

                                        /s/ Fred D. Gray, Jr.
                                        **OF COUNSEL**