IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE., et al.,<br>  Plaintiffs, | )<br>)<br>) |
| UNITED STATES OF AMERICA,<br>  Plaintiff-Intervenor and<br>  Amicus Curiae, | )<br>)<br>)<br>) |
| NATIONAL EDUCATION<br>ASSOCIATION, INC.,<br>  Plaintiff-Intervenor, | )<br>)<br>)<br>) |
| v. | )   CIVIL ACTION NO.: 3:70cv846-T |
| MACON COUNTY BOARD OF<br>EDUCATION, et al.,<br>  Defendants, | )<br>)<br>)<br>) |
| JONELL MOSS, a minor, by her mother and<br>Next friend, PRISCILLA G. MOSS; TEANNA<br>MILES, a minor by her mother and next friend,<br>GLORIA MILES; ARTASIA S. JACKSON, a<br>Minor, by her mother and next friend,<br>ALTRICE AUSTIN; MARQUAVIOUS SMITH,<br>A minor, by his mother and next friend,<br>DOROTHY SMITH; CALVIN COBB, JR., a<br>Minor, by his mother and next friend,<br>GWENDOLYN S. COBB; LUDIE HALL and<br>The KEEP SOUTH MACON ALIVE<br>COMMUNITY ACTION GROUP,<br>  Plaintiffs-Intervenors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS-INTERVENORS' EXHIBIT LIST

1. Exhibit 1 - Affidavit of Priscilla G. Moss
2. Exhibit 2 - Affidavit of Gloria Miles
3. Exhibit 3 - Affidavit of Altrice Austin
4. Exhibit 4 - Affidavit of Dorothy A. Smith
5. Exhibit 5 - Affidavit of Gwendolyn Smith Cobb
6. Exhibit 6 - Affidavit of Ludie Hall
7. Exhibit AA - Plaintiffs-Intervenors' Complaint
8. Exhibit A - Affidavit of Norma M. Jackson
9. Exhibit B - Affidavit of Theodore Samuel

**PLAINTIFFS-INTERVENORS' EXHIBIT LIST continued**
Page 2

10. Exhibit C - Affidavit of Barbara J. Blackmon
11. Exhibit D - Affidavit of Mary Cooper Johnson
12. Exhibit E - Affidavit of Jannie Wilson O'Neal
13. Exhibit F - Affidavit of Doretha Germany Smith
14. Exhibit G - Affidavit of Pamela Sparks Smith
15. Exhibit H - Affidavit of Judge Alfonza Menefee
16. Exhibit I - Affidavit of Gennie Tyson
17. Exhibit J - Letter to Priscilla Moss from Willie C Thomas, Jr., dated April 25, 2005
18. Exhibit K - Letter to Willie Thomas from Attorney Lateefah Muhammad, dated June 14, 2005, with attached Petition of names and addresses
19. Exhibit L - Letter to Board Members, Macon County Board of Education, dated June 20, 2005, with attached issues and concerns
20. Exhibit M - Annual Report 2003, Alabama Department of Education, bulletin 2005, number 3
21. Exhibit N - Letter to Willie Thomas from Attorney Lateefah Muhammad, dated April 24, 2003
22. Exhibit O - Letter to Attorney Lateefah Muhammad from Attorney Deborah Hill Biggers, dated April 25, 2003
23. Exhibit P - Alternative #1 from State Board of Education Survey of 1991
24. Exhibit Q – Plaintiffs-Intervenors' Alternative Plan

Respectfully submitted,

*Lateefah Muhammad*
Lateefah Muhammad (*Ala. Code* MUH001)
ATTORNEY FOR PLAINTIFFS-INTERVENORS
JONELL MOSS, et al.

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee Institute, Alabama 36087
(334) 727-1997
lateefah@earthlink.net
lateefahmuhammad@aol.com

## CERTIFICATE OF SERVICE

I hereby that a copy of the foregoing Plaintiffs-Intervenors' Exhibit List has been served upon the following counsel of record by United States Mail, postage prepaid, to the proper address on the _____12th_____ day of _____July_____, 2005.

Deborah Hill Biggers, Esquire
For Macon County Board of Education
113 East Northside Street
Tuskegee, Alabama 36083

Fred D. Gray, Esquire
For National Education Association, Inc.
Post Office Box 830239
Tuskegee, Alabama 36083

Chief, Education Opportunity Section
Civil Rights Division
Post Office Box 65958
Washington, D.C. 20035-5958

_____
Lateefah Muhammad