**STATE OF ALABAMA )**
**)**
**MACON COUNTY )**

# AFFIDAVIT

My name is Priscilla Moss. I am one of the Parties seeking to intervene in the above case against the Macon County Board of Education, its members, superintendent, and others. I am a 1988 graduate of South Macon School, in Roba, Alabama and my daughter, Jonell Moss, is a fourth grade student at the school. We live at 206 Dandelion Lane, Roba, Alabama 36089 in the south Macon community near South Macon School.

I am aware of the proposal of the Macon County Board of Education and Superintendent to close South Macon School, and that I oppose that action. It is causing me great concern because I want my child to attend the school in her neighborhood. I do not want her to have to be bussed to Tuskegee to school. We live about 20 miles from Tuskegee. With all of the stops the bus will have to make along the way, it could take as long as an hour for my daughter to get to school in Tuskegee. South Macon is about 5 minutes from our home.

Earlier this year, the Superintendent of Macon County Schools called me into his office about a letter that I, as PTA president, had sent to parents regarding a school trip that the PTA was planning. I mentioned in the letter the possibility of our school being closed soon. The Superintendent required that I rescind the letter and send another one without the mention of South Macon possibly closing. I did not know that the Superintendent changed his mind about wanting to close South Macon until I received a letter from him, dated April 25, 2005. No prior written or verbal notice had been given. In his April 25 letter, the Superintendent wrote that he would recommend to the Board to close South Macon. He called a meeting to discuss his plans on May 3, 2005, at 6:00 p.m. at South Macon School. After telling us parents, students, teachers, administrators and community supporters about his plans, he opened the floor for input, comments and questions from those attending. The Superintendent only allowed four persons to address the issues and concerns they had regarding the closing of our school. Then he shut the meeting down, would not allow any additional comments and ended the meeting by simply saying, "goodnight," leaving a cafeteria full of parents, students, teachers, administrators and community supporters in awe. I felt devastated, humiliated, rejected, disappointed, helpless, disrespected but motivated to get additional input from other residents at another meeting in the future. Although they had a quorum of three members present, the Board did not take any actions during that meeting.

The next meeting occurred on May 19, 2005, the Board's regular monthly meeting. It was held again at South Macon School, during which the Board and Superintendent refused to allow adequate time for input from the parents, students, teachers, administrators and community supporters. I asked the Board why weren't we informed earlier in the year that they were going to close South Macon, and Board President Katy Campbell told us that they had not planned to close South Macon. It was quite obvious to me that they did not care to inform us about their plans for our school in a timely fashion. I heard the Superintendent recommend to the Board to close South Macon School. I saw President Katy Campbell, Vice President Harold White and

Blumberg No. 5208 EXHIBIT 1

Board Member Alfonzo Robinson vote to close South Macon while Board Members Alfred Randolph and Ora Manning voted to keep the school open.

Some of the parents are now considering taking their children to other schools in the neighboring counties rather than enroll them in the schools in Tuskegee.

I believe that I will be harmed, my daughter will be harmed and my entire community will be harmed by the Superintendent and Board's decision to close South Macon if nothing is done to stop them.

*Priscilla Moss*
Priscilla Moss
206 Dandelion Lane
Roba, Alabama 36089

**STATE OF ALABAMA**   )
                       )
**MACON COUNTY**       )

The foregoing Affidavit was sworn to and subscribed before me this ___11th___ day of July, 2005.

*Laleefah Muhammad*
Notary Public

Seal

My Commission expires: 12/03/08