STATE OF ALABAMA )
)
MACON COUNTY )

### AFFIDAVIT

My name is Gloria Miles, a 1981 graduate of South Macon School. I am one of the Parties seeking to intervene in the above case against the Macon County Board of Education, its members, superintendent and others. My daughter, Teanna D. Miles, was promoted to the 5th grade at South Macon. We live at 1879 Sand Road, Hurtsboro, Alabama 36860, near the Russell County line, in Macon County.

I am aware of the proposal of the Macon County Board of Education and Superintendent to close South Macon, and I oppose the closing of our school. I am very concerned because I want my child to attend the school in her neighborhood. I do not want her to have to be bussed to Tuskegee to school. We live more than 20 miles from Tuskegee.

South Macon is the center of our community. I feel confident that if my child has a problem, she can get the help she needs from her teacher, counselor and principal when she is at school. The students at South Macon are more committed to learning because they are challenged to use their cognitive and mega cognitive thinking skills. South Macon is not known to have problems of fighting, violence, drugs and sexual misconduct as some of the other schools in the Tuskegee area. I certainly don't want my child exposed to those negative behaviors.

I am concerned that my daughter is safe, educated and exposed to all that she can learn to help her in life. South Macon is providing her these benefits. The teachers are more focused on educating the children at South Macon. South Macon has never been on academic alert or probation like the other schools in our county. I want my daughter to continue her education at South Macon because it is the best school in the county.

_____
Gloria Miles
1879 Sand Road
Hurtsboro, Alabama 36860

STATE OF ALABAMA )
)
MACON COUNTY )

The foregoing Affidavit was sworn to and subscribed before me this 11th day of July, 2005.

_____
Notary Public

My Commission expires: 12/03/08

Seal

EXHIBIT 2