| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| MACON COUNTY | ) |

### AFFIDAVIT

My name is Altrice Austin. I am one of the Parties seeking to intervene in the above case against the Macon County Board of Education, its members, superintendent and others. My daughter, Artasia S. Jackson, was promoted to the first grade at South Macon School. We live in Fort Davis, Alabama, near the Bullock County line in Macon County.

I am aware of the proposal of the Macon County Board of Education and Superintendent to close South Macon, and I oppose the closing of our school. I am very concerned because I want my child to attend the school in her neighborhood. I do not want her to have to be bussed to Tuskegee to school. We live more than 20 miles from Tuskegee.

I am concerned about the way the Board and Superintendent have handled this situation. I feel that our rights are being denied. I want my daughter to continue her education at South Macon because it is the best school in the county.

_____
Altrice Austin
Fort Davis, Alabama 36039

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| MACON COUNTY | ) |

The foregoing Affidavit was sworn to and subscribed before me this __11th__ day of July, 2005.

_____
Notary Public

Seal

My Commission expires: 12/03/08

EXHIBIT 3