STATE OF ALABAMA )
)
MACON COUNTY )

## AFFIDAVIT

My name is Dorothy A. Smith. I am one of the Parties seeking to intervene in the above case against the Macon County Board of Education, its members, superintendent and others. My son, Marquavius Smith, was promoted to the second grade at South Macon School. We live at 251 Smith Lane, Union Springs, Alabama 36089, near the Russell County line, in Macon County.

I am aware of the proposal of the Macon County Board of Education and Superintendent to close South Macon, and I oppose the closing of our school. I am very concerned because I want my child to attend the school in his neighborhood. I do not want him to have to be bussed to Tuskegee to school. We live more than 20 miles from Tuskegee.

I am concerned about the way the Board and Superintendent have handled this situation. I feel that our rights are being denied. I want my son to continue his education at South Macon because it is the best school in the county.

_____
Dorothy A. Smith
251 Smith Lane
Union Springs, Alabama 36089

STATE OF ALABAMA )
)
MACON COUNTY )

The foregoing Affidavit was sworn to and subscribed before me this ___11th___ day of July, 2005.

_____
Notary Public

My Commission expires: 12/03/08

Seal

EXHIBIT 4