STATE OF ALABAMA          )
                          )
MACON COUNTY              )

## AFFIDAVIT

My name is Gwendolyn Smith Cobb. I am one of the Parties seeking to intervene in the above case against the Macon County Board of Education, its members, superintendent and others. I am a graduate of South Macon School, in Roba, Alabama and my son, Calvin Cobb, Jr., is a sixth grade student at the school. We live at 1355 Renfroe Road, Roba, Alabama 36089 in the south Macon community near South Macon School;

I am aware of the proposal of the Macon County Board of Education and Superintendent to close South Macon, and I oppose the closing of our school. I am very concerned because I want my child to attend the school in his neighborhood. I do not want him to have to be bussed to Tuskegee to school. We live about 20 miles from Tuskegee. With all of the stops the bus will have to make along the way, it could take as long as an hour for my son to get to school in Tuskegee.

I attended the May 3, 2005, meeting that was called by the Superintendent of Macon County schools and held at South Macon. Parents were not allowed adequate time to have their concerns heard and addressed. The meeting was packed with parents, students and supporters of South Macon. Only about four persons were allowed to speak. The Superintendent shut the meeting down even though parents and students had their hands up, waiting to be called on and to address their concerns.

I am concerned about the way the Board and Superintendent have handled this situation. I feel we are being deprived of our right to a quality education for our son. I hope we can save our school.

_Gwendolyn S. Cobb_, affiant
1355 Renfroe Road
Roba, Alabama 36089

STATE OF ALABAMA          )
                          )
MACON COUNTY              )

The foregoing Affidavit was sworn to and subscribed before me this ___9th___ day of July, 2005.

_Lateefah Muhammad_
Notary Public

My Commission expires: 12/03/08

EXHIBIT
5