STATE OF ALABAMA    )
                    )
MACON COUNTY        )

### AFFIDAVIT

My name is Ludie Hall. As president of the organization, Keep South Macon Alive Community Action Group (Keep South Macon Alive), I am representing our membership as one of the Parties seeking to intervene in the above case against the Macon County Board of Education, its members, superintendent and others. I am a 1966 graduate of South Macon School. I have worked at the Macon County School District's Alternative School for the past three years as a security officer. The Alternative School is housed at South Macon. During my tenure, I have observed that most of the students who are sent to the Alternative School are from the public schools in Tuskegee, particularly Tuskegee Institute Middle School and Booker T. Washington High School. None of the students in the Alternative School are from South Macon. South Macon students have not presented themselves to be in need of delinquency treatment and/or disciplinary intervention.

The members of our organization, Keep South Macon Alive, are very concerned about the violence, drugs, sexual misconduct and other problems of the inner city in Tuskegee and in the schools in Tuskegee. They feel threatened by the Board's proposal to close South Macon because they know South Macon to be a non-hostile and wholesome environment for their children, without the problems that are occurring in the inner city schools in Tuskegee.

South Macon is a community school. To close South Macon is to shut down the community.

I am most concerned that we are being taxed without representation in the South Macon area. About three years ago, the members of the School Board advocated and asked citizens to vote for a 10-mil tax increase for education in Macon County. Most of our members of Keep South Macon Alive went to the polls and voted for this measure. It was victorious at the polls and the tax went into effect in 2003. However, when we asked the Board to provide us with an accounting of the revenue in relations to expenditures on facilities, equipment and materials at South Macon from this 10-mil tax and from other funds, the Board has refused to respond.

Two years ago, supporters of South Macon School requested of the Superintendent the opportunity to have an independent company give an assessment, at no cost to the Board, of the sewage facilities at South Macon. The Superintendent denied the request. We have asked the Board to support permitting such an assessment and/or evaluation of the facilities at South Macon School, and again, we have been denied. We have wanted to help our school in whatever ways we can, however, we have not been allowed the opportunity by the Superintendent and Board.

I attend the regular meetings of the Board and have reported various needs regarding the facilities at South Macon to central office. It has taken as long as six months to get a response to such reports, some of them as simple as removing a ball from a drain pipe that caused a leak



EXHIBIT 6

Affidavit of Ludie Hall
Page 2

in the boy's bathroom. Many of the problems with the facilities have resulted from neglect by the Board. Most of them are fixable and at far less the expense the Board claims. Had the Board invested the funds needed before some of the problems became major, the cost would be much less even still. Moreover, our organization is concerned that the Board has had the money when it comes to all the other schools in the School District except South Macon. We think they should be required to invest in the upgrade of the facilities at South Macon and reconstitute it as a K-8 school again.

*Ludie Hall*
Ludie Hall
President
Keep South Macon Alive

**STATE OF ALABAMA** )
)
**COUNTY OF MACON** )

SWORN TO AND SUBSCRIBED BEFORE ME this ___9th___ day of ___July___, 2005.

*Lateefah Muhammad*
Notary Public

My Commission expires: 12/03/08