STATE OF ALABAMA )
)
MACON COUNTY )

## AFFIDAVIT

I, the undersigned Affiant, hereby acknowledge and affirm the following:

My name is Norma McGowan Jackson. As a retired educator who taught at South Macon School for 25 years, I am deeply concerned about the possible closure of the school. I am an advocate of the community school concept and have seen its benefits for the children of the South Macon community. I watched the devastating effects that consolidation had on the community when the high school was taken away. Many children who would have graduated had they stayed in their community school (where teachers were familiar with their parents and grandparents and concerned about their circumstances), dropped out of school because they got lost in the shuffle. For many years, I have stated that South Macon parents have grounds for a class action lawsuit based on the fact that resources have not been distributed in an equitable manner inasmuch as we have a county system versus a county and city system. In many instances, rural county schools have not received the same benefits as the schools within the Tuskegee city limits. These are just a few of my concerns. Others include the high levels of respect and discipline displayed by South Macon students (compared to other students in the county) which may be jeopardized by consolidation, and the inordinate amount of travel time for small children on a daily basis. Lastly, South Macon has consistently been the one school in the county to maintain academically clear status. This should weigh in heavy on the decision to deny closing it, and to rather reconstitute South Macon to at least the eighth grade.

Norma M. Jackson
1305 Central Avenue
Tuskegee Institute, Alabama 36088

STATE OF ALABAMA )
)
COUNTY OF MACON )

SWORN TO AND SUBSCRIBED BEFORE ME this 8th day of July, 2005.

Notary Public

Seal

My Commission expires: 12/03/08

EXHIBIT A