STATE OF ALABAMA )
)
MACON COUNTY )

## AFFIDAVIT

I am a graduate of South Macon High School, Class of 1969. I have worked at South Macon since 1969 as a teacher's assistant. I also serve as the Technology Coordinator for South Macon. I have called the Board's central office and the human resources office on a regular basis since May 2005, inquiring about my job. No one has informed me of where I will be reassigned. This has caused me great concern.

In my position as Technology Coordinator, I have found that the computer network at South Macon does not work well. Most of the computers we have are outdated and were not replaced when computers in other schools in the District were. We are still having to use old computers with Windows 98 versus the other schools that have updated computers with Windows XP. I am concerned that the children of South Macon have been neglected by the Board and Superintendent and that this will continue to happen without some intervention.

I would like to keep my job at South Macon. Most of all, I would like to see us keep our school for the sake of the children and the community of South Macon.

Barbara J. Blackmon
7241 U.S. Highway South 29
Tuskegee, Alabama 36083

STATE OF ALABAMA )
)
COUNTY OF MACON )

SWORN TO AND SUBSCRIBED BEFORE ME this 11th day of July, 2005.

Lateefah Muhammad
Notary Public

Seal

My Commission expires: 12/03/08

EXHIBIT C