STATE OF ALABAMA       )
                       )
MACON COUNTY           )

## AFFIDAVIT

My name is Mary Cooper Johnson. My two children, Calvyn, 4th grade, and Joshua, 2nd grade, attend South Macon School. Like many South Macon parents, I am deeply concerned about the decision of the Board's decision to close South Macon. My family and I live in the southeastern part of Macon County, Alabama, near the Russell County line. A normal drive into Tuskegee takes about 35 minutes from our home. To close South Macon School means that our children will have to be bussed into Tuskegee for a trip that could take up to an hour each way. We do not want our children having to be bussed to the schools in Tuskegee. South Macon is closer to where we live and our children love attending their neighborhood school.

We are also concerned that our elementary-aged children will have to attend two different schools, requiring us to shop for two different uniforms. In addition, we have concerns about being able to adjust our schedules to attend events at two different elementary schools. Some events may be scheduled in the evening. By the time our children are brought home on the bus from Tuskegee in the afternoon around 5:00 p.m., they will have very little time before they have to be carpooled back to Tuskegee for an event that is scheduled at 6:30 p.m. And some events may be scheduled earlier. We envision having to require our children remain in Tuskegee, after having been in school all day, just so they could attend the special event. This will be extremely taxing on us. We would prefer keeping our neighborhood school to avoid these transportation and scheduling issues.

It appears to me that the Board just let our school deteriorate over the years without making any improvements so that they could close it. This affects our right to have our children receive a quality education. Especially when we observe how the Board has improved other schools in the Tuskegee city limits. It concerns us that South Macon has been left out when it comes to providing quality educational facilities for our children in our neighborhood. We deserve to have our neighborhood school and for it to be safe and equipped with quality school facilities just like the Board has provided for other schools in Macon County. Closing South Macon School will seriously impact our lives in a negative way. We want South Macon to remain open and for it to be a K-8 school again.

_____
Mary Cooper Johnson
1800 Sand Road
Hurstboro, Alabama 36860

STATE OF ALABAMA       )
                       )
COUNTY OF MACON        )

SWORN TO AND SUBSCRIBED BEFORE ME this 11th day of July, 2005.

_____
Notary Public

My Commission expires: 12/03/08

Seal

EXHIBIT D