STATE OF ALABAMA )
)
MACON COUNTY )

**AFFIDAVIT**

I graduated from South Macon High School in 1975. My daughter, Desiree', who is going to the 5th grade, and my son, Lewis, who is going to the 2nd grade, both attend South Macon Elementary School. We live in the southern part of Macon County, Alabama. I am concerned that my children will be going to two different schools under the Board's plan to consolidate the various elementary schools. Being a parent, I will like to attend programs, events and meetings at my children's school. If South Macon closes, that means I will have to choose which programs and events I can attend if they occur on the same day and time at the two schools. What is a mother to do? I want my children to attend our neighborhood school where they are both in the same school.

I am afraid of the negative effect that closing South Macon School will have on my family and my community. We want South Macon to remain open and for it to be a K-8 school again.

Jannie Wilson O'Neal
95 County Road #46
Tuskegee, Alabama 36083

STATE OF ALABAMA )
)
COUNTY OF MACON )

SWORN TO AND SUBSCRIBED BEFORE ME this 11th day of July, 2005.

Notary Public

My Commission expires: 12/03/08

Seal

**EXHIBIT**
*E*