STATE OF ALABAMA )
)
MACON COUNTY )

## AFFIDAVIT

I am a graduate of South Macon High School, Class of 1970. I grew up within walking distance of our school. I am concerned that the children of South Macon will not get the quality of education that they deserve if our school is closed. South Macon has been a community school for almost 80 years. It serves our community well, and with the leadership of Mr. Theodore Samuel over the past 23 years, South Macon has shown that it can compete with the best of schools in the State.

I am also concerned that our community will "die" if we do not have our school. It is the hub of our community. The students in our community get the opportunity to interact with their neighbors, family members and friends in an environment that is conducive for learning.

The Board and Superintendent should be required to make whatever repairs are needed at South Macon and to keep it open as K-8 school again.

_____
Doretha Germany Smith
7469 U.S. Highway South 29
Tuskegee, Alabama 36083

STATE OF ALABAMA )
)
COUNTY OF MACON )

SWORN TO AND SUBSCRIBED BEFORE ME this ___11th___ day of ___July___, 2005.

_____
Notary Public

My Commission expires: 12/03/08

EXHIBIT F