STATE OF ALABAMA )
)
MACON COUNTY )

## AFFIDAVIT

I have four children attending South Macon School. There names are Kiara Sparks, who graduated from kindergarten to the 1st grade; Taa Sparks, 3rd grade; Nauita Sparks, 5th grade; and, Justin Smith, 5th grade. My husband, Timothy and I have a number of concerns about the Board's decision to close South Macon. First of all, we live on County Road #5, which is about 25 miles southeast of Tuskegee. We do not want our children having to be bussed to the schools in Tuskegee. South Macon is closer to where we live and our children love attending their neighborhood school where many of their neighbors, family members and friends attend.

We are also concerned that many of our community children will have to attend four different schools, that their parents will be required to purchase four different uniforms, and that the families will have to juggle their schedules to try to attend events at four different schools. This is so hard and unfair.

We have witnessed the deterioration of our school over the years without the Board doing anything to improve the conditions at South Macon. Yet, we have witnessed the improvements that the Board has made at the schools "in town". It concerns us that South Macon has been left out when it comes to providing quality educational facilities for our children in our neighborhood. We deserve to have our neighborhood school and for it to be safe and equipped with quality school facilities just like the Board has provided for other schools in Macon County. Why has the Board allowed our school to deteriorate to the point of wanting to close it? Closing South Macon School will seriously impact our lives in a negative way. We want South Macon to remain open and for it to be a K-8 school again.

_Pamela Sparks-Smith_
Pamela Sparks Smith
988 County Road #5
Union Springs, Alabama 36089

STATE OF ALABAMA )
)
COUNTY OF MACON )

SWORN TO AND SUBSCRIBED BEFORE ME this 11th day of July, 2005.

_Lateefah Muhammad_
Notary Public

Seal

My Commission expires: 12/03/08

EXHIBIT G