STATE OF ALABAMA   )
                   )
MACON COUNTY       )

### AFFIDAVIT

I, the undersigned Affiant, am deeply concerned about my alma mater, South Macon School. I am a 1963 graduate of Macon County Training School, later named South Macon. I realize the authority of the Macon County Board of Education is to make decisions regarding the educational concerns of our County, however, I hope the members of the Macon County Board of Education and Superintendent will reconsider their decision to close South Macon School.

One of the reasons why I think they should keep the school open is because of the great work that my fellow schoolmate, Mr. Theodore Samuel, as principal, his faculty and staff are doing in helping the students and their families in the South Macon area to educate the children.

Over the years, South Macon has produced some of the most productive citizens in Macon County. In addition to the achievements of Mr. Samuel and Yours Truly, who was elected the first Black Probate Judge here, Macon County's District 2 County Commissioner, Mr. Albert Daniels, is a South Macon graduate. Our former Sheriff and one of Alabama's first Black State Troopers, Mr. Elbert Dawson, is a South Macon graduate. The first woman Deputy Sheriff of Macon County, the late Major Bernice Austin Alexander, was a South Macon graduate. South Macon's first lawyer, Attorney Lateefah Muhammad, has a law office in this County. And the list goes on and on. There is probably not an office or entity in Macon County that does not have a South Macon graduate in it. An example of this is right here in my office: two of my most qualified clerks, Mrs. Mary Hall Perry and Mrs. Gennie Tyson, are South Macon graduates.

South Macon School has served as the "hub" of the community for the area neighborhoods of Armstrong, Boromville, Cotton Valley, Creek Stand, Davisville, Fort Davis, Fort Hull, Hannon, Roba (Crossroads) and Warrior Stand for almost 80 years. To close our school will literally kill the community.

Another reason is the distance that the children will be required to travel into Tuskegee. One of the communities in the county is Boromville, which is on the southeast county line of Macon and Russell, near Hurtsboro. Boromville is more than 25 miles southeast of Tuskegee. That is a long ride for young children to endure, especially with the bus stops along the way. In addition, the proposed consolidation of South Macon's kindergarten with Lewis Adams Early Childhood Center requires that South Macon's children attend school in portable classrooms due to overcrowding the proposed consolidation will cause at Lewis Adams. Not only are portable classrooms unsafe, they have been outlawed and should no longer be used. Moreover, the Board should not put our children in an educational environment that will be overcrowded. To do so will deprive them of a quality education.

In my humble opinion, I do not think the children of south Macon County should be subjected



EXHIBIT H

to this kind of displacement by our school system. I hope the Board will work out a plan that will allow South Macon to remain open for the benefit of our children in that area.

*Alfonza Menefee*
Alfonza Menefee
Judge of Probate
Macon County, Alabama

**STATE OF ALABAMA**  )
                       )
**COUNTY OF MACON**    )

SWORN TO AND SUBSCRIBED BEFORE ME this 12 day of July, 2005.

*Notary signature*
Notary Public

Seal

My Commission expires: 8/26/08