STATE OF ALABAMA )
)
MACON COUNTY )

## AFFIDAVIT

    I graduated from South Macon High School in 1991. My daughter, Dee'Jannell Holmes, who is going to the 4th grade, attend South Macon Elementary School, and my son, Uwana Tyson, Jr., will be in kindergarten this coming school year. We live in the southeastern part of Macon County, Alabama in a community called Boromville. My husband, Uwana, and I have deep concerns about the proposed closing of South Macon School. We have, as well as other parents we know have, considered enrolling our children in the Russell County School System because of the proposed closing of our school. We are fearful of our two children being adversely affected by having to attend two different elementary schools at such a young age and how this will affect the quality of their education. We worry that we may not be able to participate with them both in programs, events and activities at their schools due to possible conflicts in plans. We are even more worried about them having to get up so early (probably around 4:00 a.m.) to prepare for the long bus ride to Tuskegee which is more than 25 miles from our home. In addition, there are portable classrooms at Lewis Adams that my son, Uwana Jr., will have to attend. I don't want my child in such an unsafe learning environment. South Macon's school facility may be run down (and no doubt, fixable), however, I never had to worry about my children's safety. Not only were they protected, nourished and taught well at South Macon, they were loved and safe. Portable classrooms do not have bathrooms. When my son has to use the bathroom and when he goes to breakfast and lunch at Lewis Adams, he will be exposed to the elements of nature. We want our children to attend our neighborhood school where they are both in the same school, safe and cared about. We want South Macon to remain open and for it to be a K-8 school again.

                                                                                      _____
                                                                                       Gennie Tyson
                                                                                       3450 Boromville Road
                                                                                       Hurstboro, Alabama 36860

STATE OF ALABAMA )
)
COUNTY OF MACON )

    SWORN TO AND SUBSCRIBED BEFORE ME this 12th day of July, 2005.

                                                              _____
                                                               Notary Public

Seal

                                                  My Commission expires: 2/17/09

EXHIBIT I