# MACON COUNTY BOARD OF EDUCATION



WILLIE C. THOMAS, JR.
*Superintendent of Education*

Katy Campbell, President
Harold C. White, Vice President
Alfonso Robinson
Ora G. Manning
Alfred M. Randolph

April 25, 2005

Ms. Pricilla Moss
206 Dandelion Lane
Union Springs, AL 36089

Dear Ms. Moss:

In January 2003, I presented to the Macon County Board of Education my "Plan for Progress" which outlined goals and strategies for improving programs and services for our students. Our "Plan of Progress" included five major goals for the school district to be implemented over a five-year period: (1) High Student Achievement; (2) Partnerships; (3) Safe and Secure Learning Environment; (4) Professional Work Force; and, (5) Effective Use of District Resources.

On April 22, 2005, I presented to the Macon County Board of Education strategies that will help us achieve Goal #5, *Effective Use of District Resources.* My staff and I have conducted extensive research and made careful examination of enrollment figures and attendance zones, as well as compared the resources and instructional services that are presently being provided to our students. *The bottom line is that our students at South Macon Elementary School are not receiving equitable instructional services and resources. We cannot possibly hire enough staff to offer additional courses to so few students.* One of the strategies we will use to insure that all students in Macon County are exposed to the same types of academic opportunities is to restructure our schools and their grade configurations. Restructuring promotes a 'world of possibilities' for our students.

I want to share with you the plan for restructuring schools in the district. **This Plan includes my recommendation to the Board of Education that South Macon students in grades 1-3 be included in George Washington Carver Elementary School (under construction), grades 4-5 will be housed at Tuskegee Public Elementary (under renovation) sixth grade students will attend Tuskegee Institute Middle School and kindergarten students will attend Lewis Adams Early Childhood Center. The recommendation includes the closing of South Macon Elementary School for the 2005-2006 school term.**



EXHIBIT J

501 South School Street • Post Office Box 830090 • Tuskegee, Alabama 36083-0090 • (334) 727-1600 • Fax: (334) 724-9990

Page Two
April 25, 2005

Please join me **Tuesday, May 3, 2005, 6:00 p.m. at South Macon Elementary School** to discuss the restructuring program for our schools and the *"World of Possibilities"* that will open up for our children.

Sincerely,

*Willie C. Thomas, Jr.*

Willie C. Thomas, Jr.
Superintendent of Education

Cc: Members, Macon County Board of Education