# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Ida Shepard Swift | 716 Heritage Hill Rd Tuskegee, Al |
| 2. Clothilda Chamblin | 5441 Co. Rd. 47 Union Spr. Al 36089 |
| 3. San Guenetta R. Chamblin | 5431 Co. Rd. 47 Union Spr Al 36089 |
| 4. Donna R. Chamblin | 5411 Co. Rd 47 Union Spring Al 36089 |
| 5. Sharon Chamblin | 5411 Co. Rd 47 Union Springs Al 36089 |
| 6. Latonia Patten | 10130 Co. Rd 45 Tuskegee AL 36083 |
| 7. Merrill Patten | 10130 Co. Rd 45 Tuskegee, AL 36083 |
| 8. November Patten | 10130 Co. Rd 45 Tuskegee, AL 36083 |
| 9. Octavius Patten | 10136 Co. Rd 45 Tuskegee, AL 36083 |
| 10. JC Blackmon | 12162 Co Rd 45 Tuskegee Al 36083 |
| 12. Fannie Blacknon | 12162 Co Rd 45 Tuskegee Al 36083 |
| 13. MarQuita Blackmon | 12162 Co Rd 45 Tuskegee Al 36083 |

## PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Ayreshia Patton | 10134 Co Rd 45 Tuskegee, AL 36083 |
| 2. Raven Harrison | 10134 co Rd 45 Tuskegee Al 36083 |
| 3. Stanley Harrison | 180 B. Rd 47 Tusk. AL. |
| 4. Otis Weeks | 510 County 47 Tuskegee Al 36083 |
| 5. Barbara J Blackmon | 7241 US Hwy 29 So. Tuskegee Al. 36083 |
| 6. Aaron Holmes | 703 Jones Tuskegee AL |
| 7. Bobby Blackman | 7241 US Highway 29 south 36083 |
| 8. Angela R. Swift | 716 Heritage Hill Road Tuskegee Al 36083 |
| 9. Christopher Swift | 716 Heritage Hill Rd Tuskegee, Al 36083 |
| 10. Clarence Swift Jr. | 716 Heritage Hill Road Tuskegee 36083 |
| 12. Clarence Swift III | |
| 13. Patrese Muller | 201 Floyd Street Tuskegee 36088 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Wm Jones | |
| 2. | Norma English | 137 O+S Blvd, Tuskegee, AL 36083 |
| 3. | Clara A. Mc Ali | Hwy 29 102 Dee St, Tuskegee, AL 36083 |
| 4. | Barbara Carter | 1201 Avenue St. Tuskegee Al 36088 |
| 5. | Carter Sepabuck Jr | 410 Brewer St Tuskegee Ala 36083 |
| 6. | Ines J Mason | 13815 County Rt 2 Tuskegee Ala |
| 7. | Jeremiah Blackmon II | 7341 U.S. Hwy 29 Socetn Tuskegee Ala |
| 8. | Ernest Tarver | 11266 County Rd 45 Tuskegee Al 36 |
| 9. | Daniel L Wilson | 2712 Benner Ave Tuskegee Alo 360 88 |
| 10. | Tory Brackett | 13490 CO-Rd UnionSprin |
| 12. | Avery L. Young | 1299 Whillow Rd. Union Spring 36089 |
| 13. | Mellonde S. wilson | 9511 us Hwy 29 South |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Kernita Wynn (Child Shanbreka Wynn) | 11714 Co. Rd. 10 Union Spring |
| 2. Elisha Cloud | Tuskegee Ala 36083 |
| 3. Mamie Hampton | Tuskegee Ala 36083 |
| 4. Annie Collins | Notasulga Ala. 36866 |
| 5. Mary L. Wilson | Natasulga, Al. 36866 |
| 6. George Wilson, Jr. | Natasulga, Al. 36866 |
| 7. Derrick V. Wilson | Natasulga, Al. 36866 |
| 8. George Wilson, III | Natasulga, Al. 36866 |
| 9. Debra Marshall | Tuskegee, Al. 36083 |
| 10. Glenn Johnson | Tuskegee, Al 36083 |
| 12. Benja Hoe | Tuskegee Al 36083 |
| 13. Cathine Statin | 507 Wright St Tuskegee Ala 36083 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.   South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
| --- | --- |
| 1. Desiree' ONeal | 95 Co. Rd. 46 Tuskegee AL 36083 |
| 2. Lewis C Oneal Sr | 95 Co Rd 46 Tuskegee AL 36083 |
| 3. Lewis C ONeal Jr. | 95 Co Rd 46 Tuskegee AL, 36083 |
| 4. Jannie W. Oneal | 95 County Rd 46 Tuskegee |
| 5. Mary H. Wilson | 9507 U.S. Highway 29 South Tuskegee |
| 6. Henry Wilson Jr. | 9507 U.S. Highway 29 Tuskegee AL. |
| 7. Mellanda Wilson | 9507 US Highway 29 south Tuskegee |
| 8. LaTasha Singleton | 706 Jones St Tuskegee AL 3608 |
| 9. Jeanetta Nicholson | 704 W. MLK. Hwy. Tuskegee AL 3603 |
| 10. _(signature)_ | 2909 Route 57. Tuskegee, AL 36083 |
| 12. Sharon Johnson | 1308 AL Hwy 199 Tuskegee AL 36083 |
| 13. Brinna Rogers | 2004 Eastport Street Tuskegee AL 36083 |

## PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.    South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Alvin McCray | 707 Thomas St |
| 2. James J Freeney | 1962 MLK Tuskegee |
| 3. Rev Daniel Hall | 156 A+G Blvd Tuskegee, AL 36083 |
| 4. Rev Andrew Chambliss | 1977 Renfreu Road |
| 5. Angela Harrison | 6160 US. Hwy 29 S. Tuskegee, Al |
| 6. Roysee Chandler | 805 wright ST Tuskegee AL |
| 7. Brenda F Smith | 908 Cane St Tuskegee Al 36083 |
| 8. Karron Darden | 1801 Penny Street Tuskegee Al 36088 |
| 9. Rosa wit | 70 Spice Lane Tuskegee Al 36043 |
| 10. Chris Butler | 2405 Brotherson Tuskegee, Ala |
| 12. Michele Calhoun | 6249 Taylor Ridge Rd Matfala |
| 13. Shirley H. Keckee | 10320 US Hwy 29 South |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.  South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators.  We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Gwendolyn J. Cobb | 1355 Unfero Road Union Springs Al. 36089 |
| 2. Calvin Terral Cobb | 1355 Refero Road Union Spring Al 36089 |
| 3. Emma Cobb | P.O. Box 492 Hurtsboro Al |
| 4. Patricia Truney | 1902 W MLK Tuskegee Ala 36083 |
| 5. Sanquetta Bell | 8405 Kimberly Ave. Tuskegee, Al. 36083 |
| 6. Jones Jeanette | P.O. Box 2525 Tuskegee, Ala. 36083 |
| 7. Ora Cameron | 608 Brown Street Tuskegee Ala 36083 |
| 8. Pamela Gray | 4226 Robeson Drive Tuskegee, Al 36083 |
| 9. Roberto Lewis | 506 Ella Lane Tuskegee Ala 36083 |
| 10. Rebecca Lewis | 205 College St. Tuskegee Ala 36083 |
| 12. Tracey Lee | 506 Ella Lane Tuskegee Ala 36083 |
| 13. Lillie Woods | 1401 Hunter St. Tuskegee Ala 36083 |
| 14. James Ellington | Benson Ave Tuskegee Ala 36083 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.   South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Shirley Smith | 1421 Renfroe Rd Union Springs AL |
| 2. Tonya M. Smith | 1383 Renfro Rd Union Springs AL |
| 3. Cedric O. Smith | 1421 Renfro Road Union Springs AL |
| 4. Mary Nelson | 35 Summer Street, Trenton NC 08618 |
| 5. Delores S. Ivory | 6230 Mayflower Ave - Anourstie, Ohio |
| 6. Marvin Brown | 111 November Lane Tuskegee, Al. |
| 7. Freddie Smith | 802 Overlook Circle Birmingham al |
| 8. Angela Williams | 111 November Lane Tuskegee, Al |
| 9. Wright Smith | 7032 Maple Wood Chicago, Ill |
| 10. Tonya Smith | 1383 Renfro Road Union Springs, Al |
| 12. Christine Smith Harris | Cleveland Ohio |
| 13. Adrine K. Smith | 423 Honeycut Lane apt B Birmingham Al |
| 14. Traci Huffman | 210 Co Road 47 ___ Al 35209 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.   South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators.  We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. David Smith | 212 County Road 47 Tuskegee, Al |
| 2. Johnny Smith | Milwaukee, WI |
| 3. Carlo Smith | 560 Palasaide Drew Birmingham, Al |
| 4. Syleny McDaniels | 165 Renfree Rd Union Springs Al |
| 5. Mark Stinson | 1901-B Old Col Rd Tusk, Al 36083 |
| 6. Jacqueline Stinson | 185 Renfroe Road Union Springs Al |
| 7. Lucille Stinson | Boston, MA |
| 8. Martellus Smith | Montgomery, Al |
| 9. Winston Huffman | Atlanta, GA |
| 10. Amy Watts | 375 Co Road 10 Tuskegee, Al |
| 12. Wearry Tyson | 475 Co Road 10 Tuskegee, Al |
| 13. Brenda Huffman | 2493 Co Road 2 Hurtsboro Al |
| 14. Michelle Huffman | 212 Co Road 47 Tusk, Al 36860 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

**NAME**　　　　　　　　　　　　　　**ADDRESS**

1. Linda Horace 6 Wild Rose Ct Hurtsboro, Al 36860
2. Dawira Campbell 3583 Doromville Rd Hurtsboro, Al. 36860
3. Annie R. Cooper 445 County Rd5 Union Springs Al 36089
4. Nichue Harris 243 Battled Hurtsboro Ala 36860
5. Janie Battle 16105 County Road 10 Union Springs Al 36089
6. Pearl Hightower Po Box 12 Fort Davis Al 485-3025
7. Vera Corpe 1744 Sand Rd Hurtsboro, Al 36860
8. Olivia Mils 1879 Sand Rd Hurtsboro, Al
9. Temika Godfrey 3933 County Rd 24 Auburn, Al 36830
10. Sherell Godfrey 3933 County Rd 24 Auburn Al 3693
12. Shermika Godfrey '' '' '' '' '' ''
13. Ashley Anthony '' '' '' '' '' ''

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Henry Hightower | Fort Davis AL |
| 2. Tiffany Smith | Fort Davis AL |
| 3. Audrey M. Gibson | Fort Davis, AL |
| 4. Christine Fitzpatrick | P.O. Box 6  Fort Davis AL 36031  740-6089 |
| 5. Eliza Anne Fitzpatrick | P.O. Box 6  Fort Davis AL 36031  485-3359 |
| 6. Anthony Fitzpatrick | " "  Fort Davis AL 36031 |
| 7. Mary Fitzpatrick | P.O. Box 42 Fort Davis AL 36031 |
| 8. Alane Turner | P.O. Box 42 Fort Davis AL 36031 |
| 9. Marylin Fitzpatrick | Fort Davis AL 36031 |
| 10. Delois Spann | Fort Davis AL 36031 |
| 12. Kelvin Foy | Tuskegee AL 360 36083 |
| 13. Kinstance Chandlen | Hurtsboro, AL |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. David Turner | 11050 County Rd 45 Tuskegee, Ala. 36083 |
| 2. Daniel Turner. | " " " |
| 3. La keisha Lirk | " " " |
| 4. Clarence O. Patterson | 11051 county Rd 45 Tuskegee, Ala 36083 |
| 5. Zela Griffin | " " " |
| 6. Clarence O Patterson Jr | " " " |
| 7. Linden R. Love Jr | 11050 County Rd 45 Tuskegee, Ala 36083 |
| 8. Jemelia Patterson | " " |
| 9. Romeo Patterson | " " " |
| 10. Valerie Patterson | " " " |
| 12. Kristine Weaver | 11140 County Road 45 Tuskegee, Al 36083 |
| 13. Vivian Turner 11072 County rd #45 Tuskegee Al 36083 | |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

NAME                    ADDRESS

1. Anita Singleton Wilson   9186 US Hwy 29 South Tuskegee, AL 36083

2. Mark Wilson   9186 US Hwy 29 South Tuskegee, AL 36083

3. Linda Singleton   2601 Bowen Street Tuskegee, AL 36083

4. Priscilla Moss   206 Dandelion Lane Union Spring AL 36089

5. Ruby Godfrey   195 Dandelion Lane Union Spring AL 36089

6. Vernice Godfrey   206 Dandelion Lane Union Spring AL 36089

7. Michael Godfrey   206 Dandelion Lane Union Spring AL 36089

8. Jonell Moss   206 Dandelion Lane Union Spring AL 36089

9. Michael Dawkins   205 Dandelion Lane Union Spring AL 36089

10. Fred Yancey   205 Dandelion Lane Union Spring AL 36089

12. Mary Anthony   3933 County Rd 24 Auburn, AL 36830

13. Marion Godfrey   3933 County Rd 24 Auburn, AL 36830

# PETITION

**We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.**

| NAME | ADDRESS |
|------|---------|
| 1. Jay C Smith | 170 Sand circle |
| 2. Mitchell Thomas | 100 Sand Road |
| 3. Stephanie Malone | 101 Sand Road |
| 4. Gregory Malone | 101 Sand Rd. |
| 5. Rosie Cooper | 112 Sand Rd. |
| 6. Jerry Cooper | 112 Sand Rd. |
| 7. Reginald Smith | 114 Sand circle |
| 8. Cornelius V. Tillett | 110 Brier Rd. |
| 9. Antonio Wynn | Hurtsboro, Al |
| 10. Mary Johnson | Hurtsboro, Al |
| 12. Patricia Lee Cooper | |
| 13. Lillie Coope | 1800 Sand r1 |
| | Hurtsboro Al |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Rose Mary Cooper | 21A Elliun Dr |
| 2. | Sammy Cooper | 114 Sand Rd |
| 3. | Perry Cooper | 1815 Sand Rd Hurtsboro, Ala 36860 |
| 4. | Gertrude Cooper | 1815 Sand Rd Hurtsboro, Ala 36860 |
| 5. | Melissa Smith | 101 Sand Circle Hurtsboro, Al 36860 |
| 6. | Carrie B Smith | 114 Sand Circle Hurtsboro, Al 36860 |
| 7. | Gloria Smith | 101 Sand Circle Hurtsboro, Al 36860 |
| 8. | Roosevelt Smith | 101 Sand Circle Hurtsboro, Al 36860 |
| 9. | Reggie Smith | 101 Sand Circle Hurtsboro, Al 36860 |
| 10. | Pamela Hargrove | 101 Sand Circle Hurtsboro, Al 36860 |
| 12. | Roosevelt Smith Jr | 101 Sand Circle Hurtsboro, Al 36860 |
| 13. | S B Cooper | 1815 Sand Rd |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Takeila Davis | 16538 County Rd. 10 Union Springs 36089 |
| 2. | Gwendolyn Davis | 16530 County Rd-10 |
| 3. | Johnson Davis | 16530 County Rd-10 |
| 4. | Johnson M. Davis Jr. | 16530 County Rd. 10 |
| 5. | Saelun Sims | 16530 County Rd. 10 |
| 6. | Derrick Smith | 21 Sand Lane Hurtsboro, AL |
| 7. | Tevin T Burks | 21 Sand Lane Hurtsboro AL |
| 8. | William Brass | 31 Sand Lane |
| 9. | Grace Frama | 51 Sand Lane |
| 10. | Archie Frama | 51 Sand Lane |
| 12. | Richard Cooper | 21A Ellison Dr |
| 13. | Rodney Cooper | 21A Ellison Dr |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

**NAME** | **ADDRESS**

1. Juron Miles — 1879 Sand Rd
2. Shantan Cooper — 1879 Sand Rd
3. Jerome Frazee — 51 Sand Lane
4. George Lmy — Auburn University — 844-3066
5. Charlene Crowell — C/o moses Ph—Phein Bldg A
6. Denise L. Talbut — P.O. Box 127 — Nutdy A.
7. Anthony Talbut — P.O. Box 643
8. Briseyla Daniel — 13905 County Rd. 16
9. Karen Henry — 5864 County Rd. 2
10. Michael Smith — 362 Sand Lane
12. Windy Davis — 3300 Sand Road
13. Takecia Smith — 3300 Sand Road

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Jessie Thomas | P.O. Box 713 Hurtsboro, AL 36800 |
| 2. Rose E. Washington | 55 Washington Lane Union Springs, Ala 36089 Macon County 10 |
| 3. Albert Daniels | 11744 Co Rd 10 Union Springs Al. 36089 |
| 4. Gougene Henderson | 234 Old Creekstand Rd Unionsprings, Al 36089 |
| 5. Alphonso Talbert | 1841 Brooks Rd Unionsprings, Al 36089 |
| 6. Lissie Dawkins | 5385 Borumville RD, Union Sprgs. |
| 7. Odois Alexander | 16116 Co. Rd 10 Union Spring, Ala 36089 |
| 8. Lakasha Kelly | 16025 County Rd 10 Union Springs AL 36089 |
| 9. Lillie B Kelly | 16025 County Rd 10 Union Sp Ala 36089 |
| 10. Mattie Chatman | 1175 Rosenwald Hgt |
| 12. Jerry Washington | 55 Union Springs Al 36089 |
| 13. Jennifer Llewellyn | 207 19th St, Apt 33 Phenix City 31306 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.   South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators.  We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|---|---|
| 1. Barbara Crowell | P.O. Box 16201 Co Rd 10 Union Springs Al. 36089 |
| 2. Rosetta Crowell | 16201 County Rd 10 Union Springs AL 36089 |
| 3. Jamika Thomas | 16085 County Rd. 10 Union Springs, Al 36089 |
| 4. Lillian Thomas | 16000 County Rd 10 Union Springs Ala 36089 |
| 5. Rayford Flucker | 12 Mayflower Dr. Hurtsboro, AL 36860 |
| 6. Mazell Flucker | 1 Wild Rose Ct Hurtsboro Al. 36860 |
| 7. Emma Thomas | 16105 County Rd 10 Union Springs, Ala. 36089 |
| 8. Lettie Thomas | 16085 Co Rd - 10 Union Springs Al 36089 |
| 9. Tiffany Pottle | 16105 county Road 10) Union Springs, AL 36089 |
| 10. Johnnie Mabson | 5285 Boromville Rd Union Springs, Ala 36089 |
| 12. Brenden Mabson | 5285 Boromville Rd Union Springs, Ala 36089 |
| 13. Brenda chambliss | 16099 County Rd 10 Union Springs, Ala 36089 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.  South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Cathleen Foster | 501 Lloyd St Hurtsboro, Ale 36858 |
| 2. Carolyn Thomas Puckett | 216 Battle Rd Hurtsboro, Ala 36858 |
| 3. Celena Teiks | 73 Railroad St. Hurtsburg Ala 36860 |
| 4. Vanessa Wells | 188 Lee Rd 41 Opelika, AL 36804 |
| 5. Brenda Smith | 518 Old Creekstand Rd Union Springs Al 3608 |
| 6. Reginald Slaughter | 514 Old Creekstand Rd. Union Springs Al 36089 |
| 7. Ethel Patten | 11 Washington Rd. Hurtsbir, Ala 36860 |
| 8. Willie Samuel | 93 Samuel Rd Hatchechubbee Al 36858 |
| 9. Monique Kendrick | 1490 Co Rd 5 Union Springs Al 36089 |
| 10. Debre Witherspoon | PO Box 5337 Union Springs, AL 36089 |
| 12. Kimberly Dowdell | 1405 Magnolia St. Opelika, Al 36801 |
| 13. Cara Teal | 1000 N. Donahue Apt 825 Auburn, AL 36832 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.  South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Eva B Smith | 1209 Rutherford AL 36027 |
| 2. | Susie Northcutt | 94 Hooks Road Hurtsboro alabama 36871 |
| 3. | Bernice Davis | 21 Twin Bates Dr., Hurtsboro, Al. 36860 |
| 4. | Jessie Smith | P.O. Box 532 - Hurtsboro, Al. 36860 |
| 5. | Mrs. Susie J. Reid | 45 Oakes Road - Hurtsboro - Al. 386 |
| 6. | Ella Copeland | Box 88 HURTSBORO ala 36860 |
| 7. | Harriet L Harris | 37 Lucille Drive Hurtsboro ala 36860 |
| 8. | Lucenda Jackson | St 3 Glen Berry K2o |
| 9. | Lillie Moss | 379 Glen. Bright Rd D#1 Hatchechubbee ala |
| 10. | Dorel B. Wynn | 3430 Boromville Road Hurtsboro Ala Roma 3620 |
| 12. | Brandy Mart | 865 Lee Rd 137 #22 Auburn Al 36832 |
| 13. | Wanda Blackmon | P.O.Box 146 Hatchechubbee ala 36858 |