# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Lashaunda Richardson | 3405 Lucius St. Tuskegee, AL |
| 2. | Oscar S. Richardson | Same as above |
| 3. | Mario Upshaw | 22. Cobb St. Hurtsboro AL. |
| 4. | Laranda Hollingsworth | 17015 Union Springs, AL 36089 |
| 5. | Yvonne Thomas | Pittsburge Road 17017 Union Springs, AL 36089 |
| 6. | Selma Battle | 2 A Bud Dr Hurtsboro. Alabama 36860 |
| 7. | Denis Bezemore | Merion Highway 10 Union Springs, Al 36089 |
| 8. | Scotty Borom | 1632 Sand Rd Hurtsboro, AL 36860 |
| 9. | Isaiah Borom | 205 Ross Rd Hurtsboro, AL 36860 |
| 10. | Cassandra Davis | 250 Confinton Hp'll Vrell 36871 |
| 12. | Bridget Kelley | 109 Avalon Cir. Seale AL 36875 |
| 13. | Sash Kendrick | Post Box 382 Hurtsboro |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

**NAME**                                    **ADDRESS**

1. _Anthony Albert_ _22 Sussex St. Hurtsboro, AL 36860_
2. _Juanita Randolph_ _13 Kelly St. Hurtsboro, AL 36860_
3. _Ann Walker_ _963 Hwy 169 South, Seale, Al. 36875_
4. _Joyce Tasser_ _425 Old Creek Stand Rd. Union Springs, AL. 36089_
5. _Gloria Logan_ _P.O. Box 354 Kurb _ _GA 36__
6. _Darlene Peterson_ _125 CR 5 Union Sps. 36089_
7. _LaShanda Cobb_ _PO Box 572 Hurtsboro AL 36860_
8. _Annie Bowen_ _7 Green Ave Hurtsboro, AL 36860_
9. _Raiheem Drive_ _334 Rutherford Rd. Hurtsboro Al, 36860_
10. _Stacey Motley_ _P.O. Box 206 Hurtsboro, AL_
12. _Bamford Greer_ _60 Green Ave Hurtsboro AL_
13. _Gloria Thomas_ _100-A Samuel Cel Hatchechubee, Ala 36858_

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Carolyn Cooper-Henderson | 1815 Sand Road Hurtsboro, AL 36860 |
| 2. | Dominique Cooper | P.O. Box 570 Hertsboro AL 36860 |
| 3. | Stephanie Cooper | P.O. Box 570 Hurtsboro, AL 36860 |
| 4. | Ernestine Smith | 270 Bruer Rd Hurtsboro Al 36860 |
| 5. | Susie Smith | 21 Sand Lane Hurtsboro Al 36860 |
| 6. | Eddie Lee Talbert | 330-7 Boromville Rd Hurtsboro Ala 36860 |
| 7. | Charlie Talbert | 300 Lay St Hurtsboro AL 36860 |
| 8. | MicHAeL DoNNEL | 4080 Co. AA 47 UNioN SPRiNGS AC. |
| 9. | Ronald Fitzpatrick | 1407 PINE GROVE RD Tuskegee, AL 36083 |
| 10. | Annie Rut Crayton | 80 King Rd Union Springs Ala. 727-4493 |
| 12. | mr Eddie Owens | 12 441 macon Co Rd 10 Tuskegee Ala. 727-3919 |
| 13. | mrs. Collins. | 70 Straight St. Tuskegee Ala. 727-7373 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Walter M Smith Sr | 3572 Boromville Road Hurtsboro AL 36860 (334)-662-0044 |
| 2. | Cnew T. Smith | 3572 Boromville Road Hurtsboro AL 36860 334/725-2688 |
| 3. | Walter M Smith Jr | 3572 Boromville Road Hurtsboro AL 36860 334/662-0044 |
| 4. | Arlene Griddens | 295 Co. Rd 5 Union Springs 36089 334-727-735 |
| 5. | Ardean Griddens | 295 Co. Rd 5 334-727-7350 |
| 6. | Joseph Thomas | 1675 Sand-Road - 334-667-7223 |
| 7. | Sharon Rias | 3440 Boromville Rd 334) 667-6536 |
| 8. | Bernard Giddem | 1625 Sand Rd Hurtsboro, AL 36860 334/667-2323 |
| 9. | On te Spa | 3430 Boromville Rd Hurterbr al 667 orat |
| 10. | Kerry F. Smith | 16200 County Rd. 10 667-6892 |
| 12. | Irene Smith | 16200 Co Rd 10 Union Spr'o |
| 13. | Nicole D. Moore | 362 Sand Lane 667-7226 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.   South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Valerie S. Crawford | 337 Benbow Montgomery, AL |
| 2. | Samuel Crawford | 44 Spice Lane Tuskegee, AL |
| 3. | Shield Brown | 4103 Maxwell Drive Tuskegee, AL |
| 4. | Darryl Samuel | 1809 Washington Street, Montgomery, AL |
| 5. | Dorothy Carpenter | 6407 US Hwy 29 South, Tuskegee |
| 6. | George Carpenter | 6407 US Hwy 29 South, Tuskegee AL |
| 7. | Mary Turner | 3305 MLK Hwy Tuskegee, AL |
| 8. | Curtis Turner | 3305 MLK Hwy Tuskegee, AL |
| 9. | Mable Smith | 6408 US Hwy 29 South Tuskegee AL |
| 10. | Marian Wilson | 6410 U.S Hwy 29 South Tuskegee AL |
| 12. | Audrey Johnson | 7360 U.S. Hwy 29 S. Tuskegee AL |
| 13. | Cassandra Moore | 509-E W. Mont. Rd. Tuskegee |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Henry O. Wilson SR | 28883 US Hwy 29 South |
| 2. Lidie Hall | 1320 Pinegrove Rd - Tuskegee, Ala 36083 |
| 3. Lonzo C. Hall | 1157 Pine Grove Rd. |
| 4. Arthur J. Johnson | 10750 US Hwy 29 S. Tuskegee, Al 36083 |
| 5. Mary A. Wilson | 9507 U.S. Hwy 29 S. Tusk, Al 308 |
| 6. Gloria Huffman | 503 S.E. Brewer St Tuskegee Al. 36083 |
| 7. Jessie M. Hughley | 7296 U.S. Hwy 29 So Tuskegee, Al 36083 |
| 8. Jerry Tarvin | 803 South Church Tuskegee Ala |
| 9. George Wilson Jr. | 1141 Co Rd. 55 Notasulga Al 368 |
| 10. Rev Samuel Coleman Jr. | 9087 Co Rd 45 Tuskegee Al 36083 |
| 12. Helen M Samuel | 1170 Co Rd 47 Tuskegee, Al 36083 |
| 13. Valerie Johnson | 10750 US Hwy 29 S |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.    South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators.  We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Karen L. Sidny | 18238 Hwy 82 Union Spr |
| 2. | Caldonia Howard | 3435 Marlar Dr. Mont Al |
| 3. | Lula Smith | Mont. Al |
| 4. | Lurene C. Chatman | Opelika Al |
| 5. | Willie J. Smith Jr. | Opelika Al |
| 6. | Walter Smith | Fort Davis, Al |
| 7. | James E. Smith | Tuskegee Al |
| 8. | Ronnie Smith | Fort Davis, Al |
| 9. | Tina Lowe | Ellenwood GA |
| 10. | Bettye Lee | Fort Davis, Al. |
| 12. | Evelyn Johnson | Mont. Al. |
| 13. | Alessa Salandy | N.Y. |
| 14. | Elizabeth Thompson | Ohio |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dorothy A Smith | 881 Smith Lane Union Springs Al 36005 |
| 2. | Sallie Smith | 190 Camellia Lane Union Springs Al 36005 |
| 3. | Rosie Smith | 10 Smith Lane Union Spring AL 34089 |
| 4. | Jacquie Jones | Phenix City Al 36870 |
| 5. | Mary Henry | 5804 Co Rd 2 - Hurtsboro, Al 36860 |
| 6. | Joe Jr Henry | 5804 CO Rd 2 - Hurtsboro, Al 36860 |
| 7. | Karen Henry | 5804 CO Rd 2 - Hurtsboro, AL 36860 |
| 8. | Brisceglia Daniel | 15905 County Rd 10 Union Springs, AL 36089 |
| 9. | Michael Daniel | 15905 County Rd. 10 Union Springs Al 36089 |
| 10. | Frizzy Patmore | 195 Washington Lane Union Springs AL 36089 |
| 12. | Arthur Daniel | 15901 County Rd. 10 Union Springs AL 36089 |
| 13. | Lessie Daniel | 5479 Brownville Rd. Union Sprgs. AL 36089 |

## PETITION

**We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.**

**NAME**                                    **ADDRESS**

1. Dianne Cooper    280 Brier Rd Hurtsboro Al 36860

2. Daryl Cooper    284 Brier Rd Hurtsboro Ala 36860

3. Essie Cooper    284 Brier Rd Hurtsboro, Al 36860

4. Noah Smith    321 Brier Rd Hurtsboro, Al 36860

5. Kasi Stiles    280 Brier Rd Hurtsboro, Al 36860

6. Jamey Smith    345 Brier Rd Hurtsboro, AL 36860

7. Kennett Smith    345 Brier Rd Hurtsboro, AL 36860

8. Wendyl Key    71 Key Lane Hurtsboro, AL 36860

9. Trenton Key    71 Key Ln    Hurtsboro, AL 36860

10. Annie Rias    210 Brier Rd. Hurtsboro Al 36860

12. Johnnie Rias    210 Brier Rd Hurtsboro, Al 36860

13. Zandria Key    71 Key LN Hurtsboro Al 36860

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Lillie Kelley | 16025 County Road 10 Union Spring |
| 2. Tammie Lias | 16025 County Rod 10 union Spring Alg |
| 3. Melissa Kelley | 16025 County Road 10 Union Spring Ala 36% |
| 4. Lakasha Kelley | 16025 County Road 10 union spring Alg |
| 5. Lawanda Kelley | 9-A School Loop Hurtsboro Al 934860 |
| 6. Marcus Kelley | P.O. Box 663 Hurtsboro Ala 36800 |
| 7. Flora A. Dawkins | 5385 Boromville Rd. Union Springs, Al. 36089 |
| 8. Leroy Daniel | 15905 Co. Rd. 10 Union Springs, AL 36089 |
| 9. Catherine Smith | 15241 Cnty. Rd. 10 Union Spring (AL 36089 |
| 10. Marquavius Smith | 251 Smith laine Union Spring Al 36089 |
| 12. Mary Smith | 180 Smith Lane Union Springs AL 36089 |
| 13. Victoria Davis | 180 Smith Lane Union Springs AL. 36089 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.   South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.   Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Willie Lee Sann | 350 B.H. Drive |
| 2. Jessica Bahl | 11453 County Rd 45. |
| 3. Ambull Sann | 11453 County Rd 45. |
| 4. Temeka Tann | 1507 County Rd 45 |
| 5. Authur B. Sann | 206 Co Rd 46 |
| 6. Butch Pierson | 210 Co Rd 46 |
| 7. Mary Spann | P.O. Box 31 Ft D AL 55 |
| 8. Archie Mahone | Co 47 Tuskegee |
| 9. Mattie & Tom Davis | 12896 US Hwy 29 So. Tuskegee AL |
| 10. Frank Clouds | 1264H US Hwy 29 60. |
| 12. Annie Cloud | 1264H US Hwy 2950 Tuskegee AL |
| 13. Christine Fitzpatrick | Fort Davis Az 36083 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Deloris Ross | P.O. Box 31 Fort Davis, AL 36031 |
| 2. Frank Ross | P.O. Box 31 Fort Davis, AL 36031 |
| 3. SheKayla Spann | P.O. Box 31 Fort Davis, AL 36031 |
| 4. Desmond Spann | P.O. Box 31 Fort Davis, AL 36031 |
| 5. Levai L Spann | P O Box 31 FT. Davis Al 36031 |
| 6. Mozell A. Byrts | P.O. Box 35 Fort Davis, Al 36031 |
| 7. Carla Byrts | P.O Box 35 Fort Davis Al 36031 |
| 8. Valarie Byrts | P.O. Box 75 Fort Davis, AL 36031 |
| 9. Barbara Spann | P.O. Box 31 Ft. Davis Al 36031 |
| 10. Anthony Fitzpatrick | 240 Davisville St. Tuskegee 36083 |
| 12. Ruby Calhoun | 15988 County Rd #2 |
| 13. Jewell Jones | P.O Box 56 Ft Davis Al. 36081 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.  South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators.  We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Marva Ross | 521 Co Rd 244 Tuskegee Al. |
| 2. Roosevell Ross | Same as above |
| 3. April Johnson | 1435 Co Rd 44 Tuskegee Al 36083 |
| 4. Robert Borum | 1435 Co Rd 44 Tuskegee Al 36083 |
| 5. Bernice Williams | P.O. Box 136 H. Davis Al 36031 |
| 6. Anna Ross Worch | 1453 Co Rd 44 Tuskegee |
| 7. Wan Worch | 1453 Co Rd 44 Tuskegee |
| 8. Jarrenda Lark | 1453 Co Rd 44 Tuskegee Al. |
| 9. Stacy Woods | 286 Sun Circle Tuskegee Al. 36083 |
| 10. LaQuetta Woods | 286 Sun Circle Tuskegee Al 36083 |
| 12. Darnie Swanson | 286 Sun Circle Tuskegee Al 36082 |
| 13. Harry Woods | 286 Sun Circle Tuskegee Al 36083 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.   South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed.   We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.   We are concerned that the Board's vote to close South Macon will negatively impact our community.   Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators.  We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|---|---|
| 1. Tony Fitzpatrick | P.O. Box 59 Fort Davis AL |
| 2. Bryan Smith | 13919 Co. Rd 2 Tuskegee |
| 3. Isaiah Madsen | 13815 Co Rd 2 Tuskegee |
| 4. Jacqueline Scott | 13919 Co. Rd 2 Tuskegee |
| 5. Patricia Collington | 17791 Co. Rd. #2 Ft. Davis |
| 6. Earnestine Alexander | 703 I Tuskegee AL |
| 7. John Spann | P.O. Box 31  36031 |
| 8. Clay Williams | P.O. Box 113 36031 Ft. Davis |
| 9. Harold Taylor | P.O. Box 47 36031 Ft Davis co. 2 |
| 10. LINDAN "Bo" PATTERSON | 11056 COUNTY RD. 45 TUSKEGEE, ALA. 36083 |
| 12. Joey Williams | 11050 County RD. 45 Tuskegee Ala |
| 13. Thaddeus Moore | 270 Bethlehem Dr. Tuskegee, Al 36083 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Ronald Fitzpatrick | 8904 Pine Grove Rd., Tuskegee |
| 2. | Bettye J Tolbut | 1487 Pine Grove Rd., Tuskegee Al |
| 3. | Glendra Smith | PO BX 5212 Unim Spgs AL |
| 4. | Darren E. Hall | 1157 Pine Grove |
| 5. | Rosezines Johnson | 1057 Pine Grove RD |
| 6. | Jim Johnson Jr. | 1057 Pine Grove RD. |
| 7. | Alberta Best | 11383 C Rd 45 Tuskega, al |
| 8. | Diane Swanson | 11405 Co Rd 45 Tuskegee |
| 9. | Catherine Swanson | 11405 Co Rd 45 " " |
| 10. | Mary Williams | |
| 12. | Yvon James | 11481 County Rd. 45 Tuskegee |
| 13. | Patricia James | 11481 county Rd. 45 Tuskegee |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.  South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Amanda Buchanan | 1670 County Rd 44 Tuskegee |
| 2. Rosalind Woods | 1670 County Rd 44 Tuskegee |
| 3. Chris Woods | 1670 County Rd 44 Tuskegee |
| 4. Duane Woods | 1670 County Rd 44 Tuskegee |
| 5. Gray Woods | 1670 County Rd 44 Tuskegee |
| 6. Corey Woods | 1670 County Rd 44 Tuskegee |
| 7. Thomas Woods | 1670 County Rd 44 Tuskegee |
| 8. Roy E. Walker | 1670 County Rd 44 Tuskegee |
| 9. Alphonso McClindy | 15 PO Box 15 Fort Davis Ala. |
| 10. Brenda Harden | 1906 Pine Grove Rd, Tuskegee, Al |
| 12. Eddie Harden | 1906 Pine Grove Rd, Tuskegee |
| 13. Larry Fitzpatrick | 8624 US Hwy 29 So, Tuskegee, Al |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Larraine Foy | 725-8480 2514 Pinegrove Rd Tuskegee |
| 2. | KEVIN FOY | "725-8480 2514 Pinegrove Rd |
| 3. | Gennie Jordan | 529-4033 271 Main St Midway AL |
| 4. | LeVons McKinnis | 738-2634 535 Parker Street Union Spring |
| 5. | Edelee Morris | 738-2157 Union Springs |
| 6. | Lonnie Simmons | 738-4806 Union Springs |
| 7. | Lenard Cannon | 738-5875 850 North MLK blvd Union Springs AL |
| 8. | Kevin Williams | 322-1491 Union Springs, Ala |
| 9. | Lauren Moshay | 201-8618 Union Springs AL. |
| 10. | Kerry Hitt | 485-3025 Fort Davis AL |
| 12. | Brent Hightower | Same |
| 13. | Eric Hightower | Same |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.   South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

(✗) NAME _CORNELIUS  TOLBERT_    ADDRESS _110 Brier Rd. Hurtsboro, Al 36860_

1. _Darrell  Rias_    23 Lee Rd. 2010 Phenix City, Al 3687

2. _Kayonna  Rias_    3440 Boromville Rd Hurtsboro, Al 36860

3. _VERONICA  WYNN_    3420  BOROMVILLE RD  HURTSBORO

4. _BOBENIA  Wynn_    3420  BOROMVILLE RD  HURTSBORO

5. _Kerry J. Smith_    16200 CO. Rd 10  Union Springs Al 320

6. _Tamara P. Rias_    3593 Boromville Rd Hurtsboro Al 36860

7. _Alberta  Washington_    3583  Boromville Rd. Hurtsboro

8. _Glennie Wynn Tyson_   3450 Boromville Road, Hurtsboro 36860

9. _Irene B. Wynn_   3430 Boromville Road  Hurtsboro 36860

10. _DeeJannell  Holmes_   3450 Boromville Rd Hurtsboro 36860

12. _Uwana Tyson_  1570 County Road #5  Union Spgs, AL 36089

(✗) 13. _CORNELIUS  TOLBERT_    110 Brier Rd. Hurtsboro, Al 36860

~~# of people~~

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.  South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.  Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators.  We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Elaine Thomas | 1675 Sand Rd. Hurtsboro AL 36860 |
| 2. | Earlie W Smith | 3440 Boromville Hurtsboro Al 36860 |
| 3. | Fletcher F Wynn | 3420 Boromville Rd Hurtsboro AL 36860 |
| 4. | Sylvester Giddens | 1675 Sand Rd  Hurtsboro AL 36860 |
| 5. | Cora Thomas | 1675 Sand Rd. Hurtsboro AL. 36860 |
| 6. | R. L. Smith | 3440 Boromville Rd Hurtstoro, al 36860 |
| 7. | Clary Smith | 16200 Co. Rd. 10 Union Springs Al. 36089 |
| 8. | Pattos Smith | 16200 Co Rd 10 Union Springs AL 36089 |
| 9. | Maple Tyson | 1450 Co. Rd 5# Union Springs Ala 36089 |
| 10. | Wlvrnie Tyson | 1450 Co. Rd 5# Union Spring Al 36089 |
| 12. | Hiawatha Tyson | 1470 Co. Rd 5# Union Springs 36089 |
| 13. | Jimmie Tyson | 1450 Co. Rd 5# Union Springs Ala 36089 |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

**NAME** | **ADDRESS**

1. Rachel Mabson — 3003-Apt B Foster St. P.O. Box 83159 Tuskegee, AL 36083
2. Katia Mabson — 3003-Apt B Foster St. Tuskegee, Al 36083
3. LaCheryl Mabson — 13901 Co. Rd 2 Tuskegee, Al 36083
4. Lateefah Muhammad — 3002 W Montgomery Rd Tuskegee AL 36088
5. Jamal Muhammad — 3002 W Montgomery Rd Tuskegee AL 36088
6. Norma M. Jackson — 1305 Central Ave Tuskegee Inst AL 36088
7. Debbie M. Fuller — 2080 County Road 27 Tuskegee AL 36083
8. Nicholas Fuller — 2080 County Road 27 Tuskegee AL 36083
9. Dorothy M. Woody — 1131 Rustic Ridge Road Auburn AL 36830
10. Janice Mabson — 13901 County Road 2 Armstrong, AL 36083
12. Jenoris Mabson — 13901 County Road 2 Armstrong AL 36083
13. Doretha Germany Smith — 7469 US Hwy 29 South Tuskegee AL 36083

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Amber D. Varner | 10363 County Rd 45 |
| 2. | Stephanie Y. Varner | '' '' '' |
| 3. | Annette Swift | '' '' |
| 4. | Joann Swift | '' '' |
| 5. | Gilbert Swift | 12200 Co Rd 45 Tuskegee |
| 6. | Lillie Moon | 270 Bethlehem Dr. Tuskegee, Al 36083 |
| 7. | Opal C Pollard | 286 BETHLEMEN DR TUSKEGEE AL 36083 |
| 8. | Eva Patterson | 11050 County Rd-45 Tuskegee, Al. 36083 |
| 9. | Arthur Patterson | '' '' '' |
| 10. | "Bo" Patterson | '' '' '' |
| 12. | Patricia Patterson | '' '' |
| 13. | Willie Lee Turner | '' '' |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|---|---|
| 1. Emma Jean Cole | 172 Ruth Brown Rd |
| 2. Mary Louise Mitchell | 702 A Chapel Court |
| 3. Anthony Bernel Echols | 2514 Washington Ave Tuskegee Ala. |
| 4. Ossie Greene | 172 Ruth Brown Rd |
| 5. Tyshell Cole | 172 Ruth Brown R.d. |
| 6. Shonta Cole | 172 Ruth Brown R.d |
| 7. Exess Cole | 172 Ruth Brown R.d. |
| 8. Beulah Campbell | 70 Timber Lane Tuskegee Al 86083 |
| 9. | |
| 10. | |
| 12. | |
| 13. | |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education.   South Macon School has been a community school in the Roba, Alabama community for almost 80 years.  We support the continuation of our community school and do not want it to be closed.  We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County.  We are concerned that the Board's vote to close South Macon will negatively impact our community.   Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators.  We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

NAME | ADDRESS
---|---
1. Sandra Weaver-Smalls | 905 Harrington Street Beaufort, SC 29902
2. Carolyn D. Weaver | 14 Red Oak Drive Beaufort, SC 29907
3. _(illegible)_ | 11266 Co Rd 45 Tuskegee AL 36083
4. _(illegible)_ | " "
5. Sandra Smith | 11307 County Rd 45 Tuskegee Al 36083
6. Alice Smith | 12200 County Rd 45 Tuskegee, Al 36083
7. Otis Wilson | County Rd 87 Tuskegee Alabama
8. James Allyte | Tuskegee AL 708 Lassiter 36083
9.
10.
12.
13.

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Calvyn Johnson | Hurtsboro, Al |
| 2. Joshua Johnson | Hurtsboro, Al |
| 3. Caroyler Cooper | Hurtsboro, Al |
| 4. Catina Chambers | Hurtsboro, Al |
| 5. Timmy Cooper | Hurtsboro, Al |
| 6. Tiffany Dubose | Hurtsboro, Al |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 12. | |
| 13. | |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

NAME                                    ADDRESS

1. Vera Denson           1744 Sand Road Hurtsboro Al 36860

2. Shalie Scott  299 Washington Lane Union Spring Ala 36089

3. Hillard Cooper  1815 Sand Rd Hurtsboro 36860

4. John Chambliss  16463 CoRd 10 UnionSpring

5. Jessie Cooper  922 Fortaine Rd  36869

6. William Cooper  706 17th Ave. Phenix City 36869

7. Judy E. Trimebrew 146 Renfroe Rd Union Springs, Al 36089

8. Will Cook  200 Minongall Rd. - Tuskegee, AL 36083

9. Annie M. Watt  375 Co. Rd 10 Tuskegee, Ac 36083

10. _____

12. _____

13. _____

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Resie Leonard Smith | 315 Brier Rd. Hurtsboro Al 36860 |
| 2. Quantina Smith | " |
| 3. Susie Cooper - Bryant | 280 Brier Rd. Hurtsboro, Al. 36860 |
| 4. Betty Cooper - | 284 Brier Rd. Hurtsboro, AL. 36860 |
| 5. Dianne Christine Jones | 280 Brier Rd Hurtsboro, Al 36860 |
| 6. Betty J. Key | 71 Key LN Hurtsboro, Al. 36860 |
| 7. Clark Key | 71 Key LN Hurtsboro, al. 36860 |
| 8. Carol Hampt | 504 William street Union spring Ala 36089 |
| 9. | |
| 10. | |
| 12. | |
| 13. | |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

| NAME | ADDRESS |
|------|---------|
| 1. Shawnta Stephens | 4191 Hwy 223 Union Springs, AL |
| 2. V. Anderson | 1504 Franklin Rd. Tusk. AL |
| 3. Shana Howard | 417 Rennie St. USP 36080 |
| 4. Pamela Jackson | 19281 Co. Rd. 2 Fort Davis, AL 36031 |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 12. | |
| 13. | |

# PETITION

We, the undersigned parents, students, former students, and supporters of South Macon School agree that something constructive should be done about the May 19, 2005 decision of the Macon County Board of Education. South Macon School has been a community school in the Roba, Alabama community for almost 80 years. We support the continuation of our community school and do not want it to be closed. We also support that the Macon County Board of Education should invest in South Macon School as it does and has done for other schools in our County. We are concerned that the Board's vote to close South Macon will negatively impact our community. Our School has been academically clear on a consistent basis for years as a result of the performance of South Macon School students, parents, teachers and administrators. We strongly urge the Macon County Board of Education and Superintendent to immediately take the necessary actions to rescind their decision to close South Macon School.

NAME                                        ADDRESS

1. mrs. Brown - 5349 Co.Rd. 7 Hurtsboro Ala 485 - 3357

2. mrs. Borum - 1109 Co.Rd. 47 Tuskegee    727- 0952

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

12. _____

13. _____