alabama
department
of
education

bulletin
2005
number 3

annual
report
2003

EXHIBIT M
Blumberg No. 5208




State of Alabama

Department of Education

Ed Richardson

State Superintendent of Education

The Honorable Don Siegelman
Governor of the State of Alabama
State Capitol
Montgomery, Alabama 36130

Dear Governor Siegelman:

In accordance with section 16-3-21, Code of Alabama, 1975 and by direction of the State Board of Education, I am pleased to submit this statistical and financial report of operations for the State Department of Education. This report summarizes the activities and operations of the State Department of Education for the scholastic year ending June 30, 2003 and the fiscal year ending September 30, 2003.

Respectfully submitted,

Ed Richardson
State Superintendent
of Education

## public education in alabama

State Board of Education ........ 2
Public Education in Alabama ........ 3
School Systems Map ........ 4
Accountability ........ 5
Alabama Direct Assessment of Writing 2003 ........ 6
Alabama Alternate Assessment 2003 ........ 7
Alabama High School Graduation Exam 2003 ........ 8
Career and College ........ 9
Alabama High School Graduation Exam: Grade 12
Academic Priority Schools 2002-03 ........ 10
Academic Watch Schools 2002-03 ........ 11
Stanford Achievement Test, 10th Edition Across All Grade and Subjects
Academic Priority Schools 2002-03 ........ 12
Academic Watch Schools 2002-03 ........ 13
Alabama Direct Assessment of Writing: Grade Five
Academic Priority Schools 2002-03 ........ 14
Academic Watch Schools 2002-03 ........ 15

## pupil data

Average Daily Membership (ADM) ........ 16
Per Pupil Expenditures ........ 20
County Enrollment by Race and Gender ........ 24
City Enrollment by Race and Gender ........ 25
Enrollment by Gender ........ 26
Enrollment by Race ........ 27

## local education agencies

Public Education ........ 28
Foundation Program ........ 30
State Allocations FY 2003 ........ 32
Combined Statement of Revenues ........ 33
School System Revenues FY 2003 ........ 34
System Expenditures by Function FY 2003 ........ 38
Vocational Education Funds ........ 42

## state department of education

Organization Chart ........ 43
Expenditures and Appropriations FY 2003 ........ 44

ALABAMA DEPARTMENT OF EDUCATION
JOSEPH B. MORTON, STATE SUPERINTENDENT OF EDUCATION, JANUARY 2005
BULLETIN 2005, NO. 3

No person shall be denied employment, be excluded from participation in, be denied the benefits of, or be subjected to discrimination in any program or activity on the basis of disability, sex, race, religion, national origin, color, or age. Ref: Sec. 1983, Civil Rights Act, 42 U.S.C.; Title VI and VII, Civil Rights Act of 1964; Rehabilitation Act of 1973, Sec. 504; Age Discrimination in Employment Act; Equal Pay Act of 1963; Title IX of the Education Amendment of

# state board of education

## mission statement

"To provide a state system of education which is committed to academic excellence and which provides education of the highest quality to all Alabama students, preparing them for the 21st century."

Gov. Don Siegelman
President
Governor's Office
State Capitol
Montgomery, AL
(334) 242-7100

Bradley Byrne
District I
PO Box 1348
Mobile, AL 36633
Work: (251) 433-3234
FAX: (251) 438-7733

G.J. "Dutch" Higginbotham
District II
166 North Gay Street
Auburn, AL 36830
Work: (334) 821-7712
FAX: (334) 826-1295

Stephanie W. Bell
District III
3218 Lancaster Lane
Montgomery, AL 36106
Work: (334) 272-2777
Fax: (334) 260-0100

Dr. Ethel H. Hall
Vice President
District IV
7125 Westmoreland Drive
Fairfield, AL 35064
Work: (205) 923-6093
Fax: (205) 923-5700

Ella B. Bell
District V
2634 Airwood Drive
Montgomery, AL 36108
Work: (334) 229-6866
Fax: (334) 229-5050

David F. Byers Jr.
District VI
Two Metroplex Drive, Suite 111
Birmingham, AL 35209
Work: (205) 263-2400
Fax: (205) 263-2300

Sandra Ray
District VII
2008 University Boulevard
Tuscaloosa, AL 35401
Work: (205) 758-7777
Fax: (205) 758-7789

Dr. Mary Jane Caylor
District VIII
PO Box 18903
Huntsville, AL 35804
Work: (256) 489-0541
Fax: (256) 489-0552

Ed Richardson
Secretary and Executive Officer
5114 Gordon Persons Building
Montgomery, AL 36130-2101
(334) 242-9700

# public education in alabama

■ The Alabama constitution of 1901 states "The Legislature shall establish, organize, and maintain a liberal system of public schools throughout the state for the benefit of the children thereof between the ages of seven and 21 years." Additionally, it states that "General supervision of the public schools in Alabama shall be vested in a state board of education, which shall be elected in such a manner as the legislature may provide." ■ The State Superintendent of Education, who is appointed by the State Soard of Education and serves at the board's pleasure, is the Chief State School Officer. The State Superintendent's authority and duties are determined by the State Board, subject to regulations prescribed by the Legislature. ■ For delivery of educational services, Alabama is divided into 129 local school systems, or local boards of education. There are 67 county boards of education and 62 city boards of education. Mobile County is the largest system with approximately 65,000 pupils and Linden City is the smallest system with just under 650 pupils. ■ Board members of all 67 county boards of education are elected. Eleven city boards of education have legislation providing for elected board members and the remaining 50 city boards have their members appointed. ■ Local superintendents of education for all city boards of education are appointed. Twenty-seven county boards of education appoint the local superintendent of education. In the remaining 40 county boards of education, the local superintendent is elected.

## organization of K-12 in alabama

- **alabama legislature**
  Formulation of Education Laws
- **state board of education**
  Formulation of Regulations for Implementing Laws
- **state superintendent of education**
  Administration of the State Department of Education and Interpretation of Intent of Laws
- **state department of education**
  Enforcement of Laws and Regulations of Alabama Legislature and State Board of Education
- **local boards of education**
  Administration of Programs within the Laws and Regulations Set Forth by Alabama Legislature and State Board of Education
- **local schools**
  Implementation of School-Based Educational Programs As Set Forth by the Alabama Legislature and the State Board of Education

# school systems



**NUMBER OF SCHOOL SYSTEMS**

| | |
|---|---|
| County | 67 |
| City | 62 |
| Total | 129 |

# accountability

**■ As cited in Section 16-16B-5, Code of Alabama:**

"In addition to providing quality instruction in classrooms and fiscal soundness, all local boards of education shall be accountable for compliance with statutes and regulations regarding school safety and discipline."

■ The Alabama Legislature found that the people of Alabama desired two basic things from their public schools…(1) high achievement for students and (2) a safe and orderly environment in which to learn. With the passage of the *Education Accountability Plan,* (codified in sections 16-6B-1 through 16-6B-12) and beginning with the 1995-96 school year, all schools in Alabama have been required to be accountable for student achievement, fiscal responsibility, school safety, and discipline. ■ With the encouragement of the State Legislature, the State Board of Education has assisted local boards of education in the development of a strong disciplinary policy which directs the State Board to closely monitor student achievement. Using nationally normed tests to assist with student assessment and evaluation, a determination is made each school year as to which schools and/or systems are listed as "Priority" or "Watch" status and need assistance for the State Department of Education (SDE). Designated teams visit those schools and conduct studies and consultations with parents and students to determine the causes of poor student achievement. Specific recommendations are then made as a part of the improvement plan for the succeeding school year. As a final step, when insufficient improvement is made after assistance is given, the State Superintendent of Education is required to intervene and appoint a person or team of persons to run the day-to-day operations of that school. ■ Relative to the fiscal accountability, local boards of education are now required to provide annual financial documents, including but not limited to annual budgets and financial statements. The State Board is directed to approve and audit budgets to assess the financial stability of each local board of education. Assistance is provided by person(s) appointed by the SDE to advise such agencies on a day-by-day basis if an unsound fiscal position is determined. ■ Each local board of education is required to comply with certain statutes enacted by the Alabama Legislature pertaining to school safety and discipline. If it is determined that any local agency has failed to comply with any of these acts or regulations, the SDE will provide assistance to obtain compliance. If after one year, the local agency has not come into compliance the direct management and day-to-day operation of that board of education will be assumed by the SDE until compliance is reached.

# alabama direct assessment of writing 2003

■ Alabama students in Grades five and seven are given the *Alabama Direct Assessment of Writing* each year to measure their writing skills. This table shows how well students met the performance standard on this test. The percent of students tested is based on 120-Day Enrollment for the year 2002-2003. The letter grade indicates the level to which all Alabama students met or exceeded state standards.

| | | state | |
|---|---|---|---|
| | | grade 5 | grade 7 |
| All Levels | Percent of Students Tested | 94.5% | 92.4% |
| Level 1 | Percent Not Meeting Standards | 11.6% | 10.8% |
| Level 2 | Percent Partially Meeting Standards | 47.6% | 50.5% |
| Level 3 | Percent Meeting Standards | 37.6% | 35.9% |
| Level 4 | Percent Exceeding Standards | 3.2% | 2.9% |
| Levels 3 & 4 | Percent Meeting or Exceeding Standards | 40.8% | 38.7% |

grade 5
percent of students meeting or exceeding standards
90
80
70
60
50
40
30
20
10
0
40.8%
45%
12.9%
29.3%
31.1%
47.8%
30.9%
52.5%
All Students
General Ed
Special Ed
Black
Hispanic
White
Free Lunch
Paid Lunch

grade 7
percent of students meeting or exceeding standards
90
80
70
60
50
40
30
20
10
0
38.7%
42.9%
10%
25.7%
28.4%
46.8%
27.4%
49.8%
All Students
General Ed
Special Ed
Black
Hispanic
White
Free Lunch
Paid Lunch

# alabama alternate assessment 2003

The *Alabama Alternate Assessment* is designed for special education students whose Individualized Education Program [IEP] team determines that the student will not participate in the regular student testing program. This test is designed to evaluate the student's accomplishments of his/her IEP. The letter grade indicates the level to which all Alabama students taking the test met or exceeded state standards.

| | | state |
|---|---|---|
| All Levels | Number of Students Tested | 6,696 |
| Level 1 | Percent Not Meeting Standards | 16.8% |
| Level 2 | Percent Partially Meeting Standards | 15.0% |
| Level 3 | Percent Meeting Standards | 36.1% |
| Level 4 | Percent Exceeding Standards | 32.1% |
| | Percent Meeting or Exceeding Standards | 68.2% |
| Levels 3 & 4 | Grade | [illegible] |

percent of students meeting or exceeding standards
100
90
80
70
60
50
40
30
20
10
0
68.2%
65.3%
71.4%
71.5%
69.4%
69.0%
ALL STUDENTS
BLACK
HISPANIC
WHITE
FREE LUNCH
PAID LUNCH

# alabama high school graduation exam 2003

Students must pass the *Alabama High School Graduation Exam* to earn a regular diploma. The table shows the percent of 12th graders that passed each section of the exam as well as the percent that passed all four subjects. The letter grade indicates the level to which all Alabama students met standards by passing all four subjects of the graduation exam.

| reading | | language | | mathematics | | science | | pass all | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Grade |
| 38,147 | 97.3% | 38,150 | 96.5% | 38,147 | 96.6% | 38,143 | 96.7% | 38,206 | 92.5% | |

## percent passing subtests

100
90
80
70
60
50
40
30
20
10
0
READING
LANGUAGE
MATHEMATICS
SCIENCE
ALL PARTS
97.3%
96.5%
96.6%
96.7%
92.5%

## percent passing all parts

100
90
80
70
60
50
40
30
20
10
0
92.5%
93.7%
65.9%
85.6%
83.8%
96.2%
85.8%
95.1%
All Students
General Ed
Special Ed
Black
Hispanic
White
Free Lunch
Paid Lunch

# career and college

## ACT Test 2003

Most students planning to attend college take a college entrance exam. One of the best known is the ACT. This shows the average of the highest ACT score for the senior class. The Southeastern average is 20.0 and the national average is 20.8. The letter grade compares state performance to national.

| | Number Tested | Average Score | Grade |
|---|---|---|---|
| Grade 12 | 25,281 | 20.3 | [illegible] |

## Career and Technical Education

The Career and Technical Education programs are forming partnerships with business and industry to align curriculum with their standards. The goal is to certify all programs to industry standards by 2003. The number indicates the percentage of high school programs that have been certified. The letter grade indicates whether or not these programs are on track to meet that goal.

| Percent | Grade |
|---|---|
| 99% | [illegible] |

## Percent of High School Students Enrolled in Career/Tech Classes

This is the percentage of students in Grades 9-12 who are enrolled in career and technical education coursework as compared to the overall student population in Grades 9-12.

| Percent |
|---|
| 55.4% |

## Percent of Positive Placements in Career/Tech

This represents the percentage of students who completed a career/technical program of studies and took a job in a related field or enrolled in postsecondary studies.

| Percent |
|---|
| 92.0% |

## Projected 4-Year Dropout Rate

This shows the percent of students in the 9th grade in 2001-2002 who are projected to leave school prior to graduation in 2005. This is NOT an annual dropout rate. The letter grade compares the state to the national rate of 17.49%.

| PROJECTED 4-YEAR DROPOUT RATE | Grade |
|---|---|
| 14.0% | [illegible] |

## College Remediation

This chart shows the percentage of college freshmen from Alabama public schools in fall of 2002 who were enrolled in remedial courses at Alabama's public colleges and universities.

| Total Freshmen | Remediation in Math | Remediation in English | Remediation in Math and English | Total Remediation |
|---|---|---|---|---|
| 19,740 | 14.3% | 7.0% | 13.4% | 34.6% |