# LATEEFAH MUHAMMAD, ATTORNEY AT LAW, P.C.

3805 WEST MARTIN LUTHER KING HIGHWAY
TUSKEGEE, ALABAMA 36083
**Mailing Address:**
POST OFFICE BOX 1096
TUSKEGEE, ALABAMA 36087
(334) 727-1997 TELEPHONE/FACSIMILE

COPY

**VIA FACSIMILE**

24 April 2003

Dr. Willie Thomas, Superintendent of Education
MACON COUNTY BOARD OF EDUCATION
Post Office Box 830090
Tuskegee, Alabama 36083-0090

**RE: SOUTH MACON SCHOOL**

Dear Dr. Thomas:

On behalf of the South Macon Community Action Group, I am writing to request permission for an independent review of the sewage treatment plant problem at South Macon School to be performed by an independent engineering and/or architectural firm. This review will **not** be an expense to the Macon County Board of Education.

Thank you for your immediate attention to this request.

Respectfully yours,

Lateefah Muhammad

cc: South Macon Community Action Group



EXHIBIT N