*Deborah Hill Biggers*
*Attorney at Law*
*113 E. Northside*
*Tuskegee, Alabama 36083-1750*

*Telephone: (334) 727-0092*
*and*
*Fax: (334) 727-7117*
*E-Mail: debbig@debbig.com*

April 25, 2003

*Please Reply to:*
*P. O. Box 1183*
*Tuskegee Institute,*
*Alabama 36087-1183*

Lateefah Muhammad, Esq.
P. O. Box 1096
Tuskegee Institute, AL 36087
Fax No.: (334) 727-1997

**(VIA FAX & REGULAR U.S. MAIL)**

RE:  **SOUTH MACON SCHOOL**

Dear Attorney Muhammad:

As counsel for the Macon County Board of Education, I am writing to respond to your letter dated April 24, 2003.

Superintendent Thomas appreciates the concern and support of the South Macon community in South Macon School.

However, Title 16 of the <u>Code of Alabama</u> vests the general administration and supervision of public schools, including its buildings and facilities, in the county board of education.

The Macon County Board of Education has had a long history of addressing issues with the South Macon Sewage Treatment Plant, including defending lawsuits arising from the illegal contamination of surrounding bodies of water, by such sewage treatment plant. Therefore, the Board does not need an independent review to identify the problems or the solutions to the South Macon Sewage Treatment Plant issue.

If your organization could influence more people to move into the South Macon community so that the student population could increase considerably, such action could be beneficial to the Board and South Macon School.

However, you and the South Macon Community Action Group can feel confident that Superintendent Thomas and the Macon County Board of Education will make decisions which will be in the best interest of the children attending South Macon School.

REC'D APR 28 2003

EXHIBIT
O

Lateefah Muhammad, Esq.
April 25, 2003
Page 2

Therefore, there is no need for an independent review of the South Macon Sewage Treatment Plaint nor is there any need for a meeting with Superintendent Willie C. Thomas.

Sincerely,

*Deborah Hill Biggers*
DEBORAH HILL BIGGERS
Macon County School Board Attorney

DHB/tvs

cc: Mr. Willie C. Thomas