Alternative #1

1. Organize the schools in such a manner as to operate one kindergarten through twelve school at Notasulga, a seven through twelve school in Tuskegee to serve the remaining nine through twelve high school pupils in the system and all seven and eight grade pupils in the Tuskegee attendance area, an intermediate school to serve four to six grade pupils in Tuskegee, two kindergarten through three primary schools for the Tuskegee attendance area and two kindergarten through eight schools to serve the South Macon and D. C. Wolfe attendance areas.

2. Close and abandon Lewis Adams Elementary, the Shorter Annex and Chisholm Elementary Schools.

3. Construct 11 additional classrooms and a band building at Notasulga High School.

4. Construct a band building and renovate the entire 1973 wing including the replacement of the carpet at D. C. Wolfe High School.

5. Abandon all temporary mobile and relocatable units.

6. Enlarge the site at Washington Public School.

7. Abandon and raze the former shop building which now provides five inadequate classrooms at Tuskegee Public School.

EXHIBIT P

21