## PLAINTIFFS-INTERVENORS' ALTERNATIVE PLAN

1. Organize the schools in such a manner as to operate two kindergarten through eighth schools at South Macon School and D.C. Wolfe School.

2. Maintain sixth through fifth grades of Tuskegee students at Tuskegee Public School.

3. Close Washington Public School.

4. Organize and consolidate the kindergarten through third grade students from Washington Public School and Tuskegee Public School at the new George Washington Carver Elementary School.

5. Renovate South Macon School where needed, including telephone system, fiber optic network for computer system. roof, mold removal, fencing of perimeter, security cameras, upgrade sewage treatment plant.

6. Abandon all temporary mobile and relocatable units.

7. Renovate or close Lewis Adams School.



EXHIBIT Q