IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., <br> Plaintiffs, <br><br> UNITED STATES OF AMERICA, <br> Plaintiff-Intervenor and <br> Amicus Curiae, <br><br> NATIONAL EDUCATION <br> ASSOCIATION, INC., <br> Plaintiff-Intervenor, <br><br> v. <br><br> MACON COUNTY BOARD OF <br> EDUCATION, et al., <br> Defendants. <br><br> JONELL MOSS, a minor, by her mother and next friend, PRISCILLA G. MOSS; TEANNA MILES, a minor, by her mother and next friend, GLORIA MILES; ARTASIA S. JACKSON, a minor, by her mother and next friend, ALTRICE AUSTIN; MARQUAVIUS SMITH, a minor, by his mother and next friend, DOROTHY SMITH; CALVIN COBB, JR., a minor, by his mother and next friend, GWENDOLYN S. COBB; LUDIE HALL and The KEEP SOUTH MACON ALIVE COMMUNITY ACTION GROUP, <br> Plaintiffs-Intervenors, | CIVIL ACTION NO.: 3:70cv846-T |

## NOTICE OF APPEARANCE

The undersigned attorney files this Notice of Appearance as attorney for the Jonell Moss, et al., Plaintiffs-Intervenors, in the above-styled cause.

Respectfully submitted,

_Lateefah Muhammad_
Lateefah Muhammad (Ala. Code MUH001)

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone/facsimile
lateefah@earthlink.net
lateefahmuhammad@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served upon the following counsel of record by United States Mail, postage prepaid, to the proper address on the _12th_ day of _July_, 2005.

Deborah Hill Biggers, Esquire
for Macon County Board of Education
113 East Northside Street
Tuskegee, Alabama 36083

Chief, Education Opportunity Section
Civil Rights Division
Post Office Box 65958
Washington, D.C. 20035-5958

Fred D. Gray, Esquire
For National Education Association, Inc.
Post Office 830239
Tuskegee, Alabama 36083-0239

_Lateefah Muhammad_
Lateefah Muhammad