IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


| | |
|---|---|
| ANTHONY T. LEE, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff-Intervenor | ) |
|     and Amicus Curiae, | ) |
| | ) |
| NATIONAL EDUCATION | ) |
| ASSOCIATION, INC., | ) |
| | ) |
|     Plaintiff-Intervenor, | ) |
| | ) |
|     v. | ) | CIVIL ACTION NO. |
| | ) |    3:70cv846-T |
| MACON COUNTY BOARD OF | ) |
| EDUCATION, et al., | ) |
| | ) |
|     Defendants. | ) |

ORDER

It is ORDERED that the motion to intervene (Doc. No. 78)

is set for submission, without oral argument, on August 1,

2005, with all briefs due by said date.

DONE, this the 21st day of July, 2005.

         /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE