IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al.,           ) | |
|                                ) | |
|     Plaintiffs,              ) | |
|                                  ) | |
| UNITED STATES OF AMERICA,  ) | |
|                                  ) | |
|     Plaintiff-Intervenor   ) | |
|     and Amicus Curiae,     ) | |
|                                  ) | |
| NATIONAL EDUCATION         ) | |
| ASSOCIATION, INC.,         ) | |
|                                  ) | |
|     Plaintiff-Intervenor,  ) | |
|                                  ) | |
|     v.                      ) | CIVIL ACTION NO. |
|                                  ) |   3:70cv846-T |
| MACON COUNTY BOARD OF      ) | |
| EDUCATION, et al.,         ) | |
|                                  ) | |
|     Defendants.             ) | |

**ORDER**

It is ORDERED that the following motions are set for an on-the-record status conference on August 2, 2005, at 3:00 p.m.: (1) defendant Macon County Board of Education's petition for expedited approval to close schools (Doc. No. 74); and (2) the motion to intervene (Doc. No. 78).

**The United States is to arrange for the conference to be conducted by telephone.**

**DONE, this the 21st day of July, 2005.**

                        /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**