**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Intervenor ) | |
| and Amicus Curiae, ) | |
| ) | |
| NATIONAL EDUCATION ASSOCIATION, INC., ) | CIVIL ACTION NO. |
| ) | 3:70cv846-T |
| Plaintiff-Intervenor, ) | (WO) |
| ) | |
| v. ) | |
| ) | |
| MACON COUNTY BOARD OF EDUCATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Comes now Pauline A. Miller, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and enters her appearance as attorney of record for plaintiff-intervenor and *Amicus Curiae*, United States of America in the above-styled case.

Respectfully submitted this 1st day of August, 2005.

LAURA GARRETT CANARY           BRADLEY J. SCHLOZMAN
United States Attorney         Acting Assistant Attorney General
                               Civil Rights Division

                          By:  /s/Pauline A. Miller
                               JEREMIAH GLASSMAN
                               PAULINE A. MILLER
                               U.S. Department of Justice
                               Civil Rights Division
                               Educational Opportunities Section
                               950 Pennsylvania Ave., N.W. PHB 4300
                               Washington, DC  20530
                               Tel: 202-514-2179
                               FAX: 202-514-8337

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2005, I electronically served the foregoing *United States' Motion to File Response Out of Time* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Deborah Hill Biggers (counsel for Macon County Board of Education); Fred D. Gray Jr., (counsel for Lee plaintiffs and NEA plaintiff-intervenor); Norman J. Chachkin (counsel for Lee plaintiffs); Reginald Sorrells (counsel for the Alabama State Department of Education); Lateefah Muhammad (counsel for applicant plaintiff-intervenors).


      /s/Pauline A. Miller
      Pauline A. Miller