**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff-Intervenor ) | |
|     and Amicus Curiae, ) | |
| ) | CIVIL ACTION NO. |
| NATIONAL EDUCATION ASSOCIATION, INC., ) | 3:70-cv-846-T |
|     Plaintiff-Intervenor, ) | |
| ) | |
|     v. ) | |
| ) | |
| MACON COUNTY BOARD OF EDUCATION, et al. ) | |
|     Defendants. ) | |

**UNITED STATES' MOTION TO WITHDRAW COUNSEL**

Comes now the United States, Plaintiff-Intervenor and Amicus Curiae, to notify this Court and all parties that Nathaniel Douglas, now appearing on the docket sheet in this case, is no longer counsel for the United States in this litigation. Accordingly, the United States respectfully requests that he be withdrawn as counsel of record in this case and his name removed from the docket sheet.

                                                      Respectfully submitted,

| | |
|---|---|
| LEURA GARRET CANARY | BRADLEY J. SCHLOZMAN |
| United States Attorney | Acting Assistant Attorney General |
| Middle District of Alabama | Civil Rights Division |
| | |
| |     /s/Pauline A. Miller |
| | JEREMIAH GLASSMAN, ESQ. |
| | PAULINE A. MILLER, ESQ. |
| | (Arizona Bar No. 5072) |
| | U. S. Department of Justice |
| | Civil Rights Division |
| | Educational Opportunities Section |
| | 950 Pennsylvania Ave., N.W. |
| | PHB, Suite 4300 |
| | Washington, DC 20530 |
| | (202) 514-2179 |
| | Fax: (202) 514-8337 |
| | Attorneys for United States |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2005, I electronically served the foregoing *United States' Motion to File Response Out of Time* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Deborah Hill Biggers (counsel for Macon County Board of Education); Fred D. Gray Jr., (counsel for Lee plaintiffs and NEA plaintiff-intervenor); Norman J. Chachkin (counsel for Lee plaintiffs); Reginald Sorrells (counsel for the Alabama State Department of Education); Lateefah Muhammad (counsel for applicant plaintiff-intervenors).

      /s/ **Pauline A. Miller**
PAULINE A. MILLER, ESQ.
(Arizona Bar No. 005072)
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave. N.W.
PHB Suite 4300
Washington, DC 20530
Office: (202) 514-2179
Fax: (202) 514-8337