IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


ANTHONY T. LEE, et al.,          )
                                 )
      Plaintiffs,                )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
      Plaintiff-Intervenor       )
      and Amicus Curiae,         )
                                 )
NATIONAL EDUCATION               )
ASSOCIATION, INC.,               )
                                 )
      Plaintiff-Intervenor,      )
                                 )
      v.                         )    CIVIL ACTION NO.
                                 )      3:70cv846-T
MACON COUNTY BOARD OF            )
EDUCATION, et al.,               )
                                 )
      Defendants.                )

ORDER

      It is ORDERED that the plaintiff-Intervenor United

States of America's motion to file response out of time

(Doc. No. 85) is granted.

      DONE, this the 2nd day of August, 2005.

                        /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE