

# Macon County, Alabama

## MACON COUNTY COUNTY PROFILE
Alabama > All counties > Macon County

## Macon County, AL

Macon County is one of 67 counties in Alabama. The county is in the Tuskegee metro area.

The estimated population in 2004 was 23,179. This was a decrease of -3.84% from the 2000 census.

### Income snapshot

**Median household income**

| | |
|---|---|
| Local | $21,180 |
| National | $41,994 |

Source: 2000 census, U.S. Census Bureau

For more census details and comparisons, see our Macon County demographic reports

In 2002, the per capita personal income in Macon County was $16,728. This was an increase of 14.9% from 1997. The 2002 figure was 54% of the national per capita income, which was $30,906.

**County seat**: Tuskegee

The county was named for Sen. Nathaniel Macon

**Census 2000 highlights:** Of the nation's counties, had the second highest percentage of black population (84.6%)

### Listed places in Macon County:
Cemeteries (74)
Colleges (1)
Communities (5)
Libraries (1)
School districts (1)
*Also see listings below*

### Census & demographics
Macon County population, race & ethnicity
Housing
Income
Marital status
Place of birth
Religious membership by denomination, in Macon County
Residence in 1995

**PLACE SEARCH**
Community name:

State:
Alabama

[Search]

☐ Include former names
Advanced search

**LOCAL GUIDES**
**More info about Macon County:**
Business
Demographics
Genealogy
Politics

**COMMUNITY GUIDES**
**Search for a local report:**
Business
Demographics
Genealogy
Health
Moving
Nonprofits
Sports & rec
Travel

**EPODUNK EXTRAS**
Americanisms
Claims to fame
Festivals
Imaginary places
Literary quotes
Multimedia
Place names
Post cards
Podunk
Top 10 lists

**FEEDBACK**
Send us your corrections and additions