

# Restructuring: Promoting a World of Possibilities



**Three Zones: DCW, NHS, GWCES/TPS/LAECC**

8