

# GOODWYN, MILLS AND CAWOOD, INC.
2660 EASTCHASE LANE, SUITE 200
MONTGOMERY, ALABAMA 36117
TEL 334.271.3200
FAX 334.272.1566



## FACSIMILE TRANSMITTAL COVER SHEET

DATE: 7/20/2005

TO: Mr. Willie Thomas

FIRM: MACON COUNTY BOARD OF EDUCATION

FAX NO.: 724.9990

FROM: Jeffrey A. Harrison, P.E.

PROJECT: SOUTH MACON SCHOOL

RE: WASTEWATER TREATMENT PLANT

PAGE 1 OF 3

Copies To:

As requested, attached for your further use is a letter and cost estimate for the proposed ground injection system. As you can see in my letter, I did not discuss the option of increased treatment put forth before you by Mr. Tom Cross. This option would cost the Board of Education approximately $500,000 plus increased operation and maintenance.

Please call should you have any questions.

07/20/2005  21:23   3342721566                                           PAGE  02/03



# GOODWYN, MILLS AND CAWOOD, INC.

## PRELIMINARY ENGINEER'S ESTIMATE

ON-SITE DISPOSAL SYSTEM
GROUND INJECTION
SOUTH MACON SCHOOL WASTEWATER TREATMENT PLANT
MACON COUNTY BOARD OF EDUCATION
GMC PROJECT NO. 5-2-010

July 20, 2005

| NO. | QTY. | UNITS | DESCRIPTION | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| 1 | 2 | EA | Effluent Submerible Pump | $ 7,500.00 | $ 15,000.00 |
| 2 | 1 | LS | Electrical | $ 10,000.00 | $ 10,000.00 |
| 3 | 1 | LS | Advance Field Line System | $ 30,001.00 | $ 30,000.00 |
| 4 | 10,000 | CY | Borrow Material for Mound | $ 6.00 | $ 60,000.00 |
| | | | | SUBTOTAL | $ 115,000.00 |
| | | | | CONTINGENCY | $ 13,000.00 |
| | | | | ENGINEERING | $ 22,000.00 |
| | | | | **TOTAL CONSTRUCTION** | **$ 150,000.00** |

O:\Projects\Macon Co BOE\[Engineers Estimate - July 20 2005.xls]Ground Injection

07/20/2005 21:23 3342721566 PAGE 03/03

Engineering
Architecture
Environmental
Landscape
Surveying

GOODWYN, MILLS AND CAWOOD, INC.

July 20, 2005

Mr. Willie Thomas
Superintendent
Macon County Board of Education
PO Box 830090
Tuskegee, AL 36083-0090

RE: MACON COUNTY BOARD OF EDUCATION
SOUTH MACON SCHOOL WASTE WATER TREATMENT PLANT
ADEM CONSENT ORDER NUMBER 02-066-CWP
GM&C PROJECT NO. 52010

Dear Mr. Thomas:

This letter is being prepared for you as an update to the current analysis of the wastewater treatment plant for the South Macon School. Our firm has been actively working for and with the Board of Education (BOE) to address the past permit violations of the plant and impending discharge limits administered by the Alabama Department of Environmental Management (ADEM).

At this time, ADEM has been notified of the BOE's desire to seek a ground injection (i.e. field line) disposal method through the Macon County Public Health Department in lieu of renewing the current NPDES permit. This study was in response to the more stringent discharge limits being imposed by ADEM in their draft NPDES permit for the plant. Given the number of students/teachers in the school, the proposed flow falls within the guidelines of the Public Health Department as opposed to ADEM.

Goodwyn, Mills and Cawood, Inc. employed the services of a local Professional Soil Classifier to investigate the feasibility of ground injecting the treated effluent of the plant. In his study, it was determined the area exhibited a high water table with a loamy sand. Based upon the flows from the facility, the on-site disposal area required the installation of approximately 2 to 4 feet of fill material to aide in the dispersal of the effluent. This system would require a small effluent pump at the treatment plant, a series of advance field lines and approximately 10,000 cubic yards of approved mound material. The estimated cost for completing this system would be approximately $150,000 (See Attached Estimate).

Whereas the long-term future of the school has not been determined and whereas the permit for ground injection from the Public Health Department has not been secured due to this uncertainty, ADEM is awaiting the decision of the Board of Education. It is my concern ADEM will not wait much longer before demanding an answer.

I trust this update will assist you.

Sincerely,
GOODWYN, MILLS AND CAWOOD, INC.

Jeffrey A. Harrison, P.E.

JAH:jah
Enclosure

xc: File 5-2-010 COR

Steve Cawood, PE
David B. Reed, PE, PLS
William E. Wallace, AIA
Gavin Throckelon, PE
Jeffrey A. Brown, AIA

John W. Beik, Jr., VP Marketing
George T. Goodwyn, PE, PLS
Donald A. B. Mills, PE

Danni Strickland, PE
H. Burns Whittaker, PE
Wesley Soil, PE
Chris Eckmann, PE
Chuck Faulkner, PE
Kevin Walsh, PE
Bob Carter, PE
Ronald Windham, PE
Jeffrey A. Harrison, PE
Euel Screws, PE
Andy Perry, PE
Jeff Fennell, PE
Cedric Campbell, PE
Josh Pierce, PE
Brian Hicks, PE
Tom Collison, PE
Meredith Holzer, PE
Erin Floeti, PE
J. Coleman Williams, PE
Victor Apodinea, PE
Keith Strickland, PE
T. Shane Sawyer, PE
Jim Trampolino, PE
Walter Snell, PE
Brian Felder, PE
Joseph Jones, PE

John Wigginton, PhD
Jeff Fincher, PE

Tracy A. Burrell, AIA
Freddie E. Lynn, Jr., AIA
Christopher S. Engel, AIA
Nick C. Stakianos, AIA
James C. Bagley, AIA, CCS, CSI
Lance P. Bellanger, AIA, CSI
Mark D. Tiller, AIA
Gary L. Owen, Jr., AIA
Daniel E. Woods, AIA
Jacquelyn Overbey, IIDA
Jonathan A. Larson, AIA
Scott Boomhower, AIA
Marty Reid, AIA
Jasper Cornett, AIA
Carla Young, AIA
Brian Klinchammer, AIA

Cathryn C. Gerschis, ASLA
Kevin J. Carpenter, ASLA
Hiep Kom, ASLA

Roy Jones, PLS
Edward James Niel, PLS
Jerry Peary, PLS
Rick Clay, PLS
Kris Flaherty, PLS
Jeff Bell, PLS

P.O. Box 242128
2660 East Chase Lane
Suite 200
Montgomery, AL 36124
Tel 334.271.3200
Fax 334.272.1566

1102 20th Street South
Birmingham, AL 35205
Tel 205.879.4462
Fax 205.879.4493

213-D Church Street
P.O. Box 456
Andalusia, AL 36420
Tel 334.222.2659
Fax 334.222.3573

41 West I-65 Service Road North
Suite 430
Mobile, AL 36608
Tel 251.460.4006
Fax 251.460.4430