

## STATE OF ALABAMA
## DEPARTMENT OF EDUCATION



Joseph B. Morton
State Superintendent
of Education

**Alabama
State Board
of Education**

**Governor Bob Riley**
President

**Randy McKinney**
District I
President Pro Tem

**Betty Peters**
District II

**Stephanie W. Bell**
District III

**Dr. Ethel H. Hall**
District IV
Vice President
Emerita

**Ella B. Bell**
District V

**David F. Byers, Jr.**
District VI

**Sandra Ray**
District VII
Vice President

**Dr. Mary Jane Caylor**
District VIII

**Joseph B. Morton**
Secretary and
Executive Officer

July 19, 2005

Mr. Willie C. Thomas, Jr., Superintendent
Macon County Board of Education
P. O. Box 830090
Tuskegee, AL 36083-0090

Dear Mr. Thomas:

I want to commend both you and your board for the efforts you have made during the last several years, to restructure cost centers and improve facilities within your school system.

Last week while I was in Tuskegee for the Superintendent Symposium, I visited several of your campuses. The investments which you have made in these facilities should serve the students in Macon County Schools well, for the next several decades. Having been a local superintendent for nine years, I know the amount of work and coordination it took to accomplish this task. From planning, to budgeting, to completing the projects, very few people understand the time this process actually takes.

On a separate note, I have analyzed what the smaller cost centers in your system cost on a per pupil basis to provide instructional programs. Based on your reported expenditures at South Macon School, you will have spent almost $8,200 per student this past year. If you average the cost of the larger schools, the cost per pupil spent per year is only $6,000 per student.

I know that restructuring schools may not be popular; however, it has, and will continue to be, fiscally responsible. As specified in Act No. 95-314 which outlines the Foundation Program law, it is the responsibility of the local superintendent and the members of the Macon County Board of Education to ensure when at all possible, that resources are distributed equally throughout the system, regardless of what school or what grade a child happens to attend.

It is evident that the actions taken by the members of your board are in compliance with the intent of the law and again, these actions will serve your students more effectively and efficiently in the years to come.

In closing, once again I acknowledge your accomplishments and look forward to working with you on any task in the future which you choose to address.

Sincerely,

Warren Craig Pouncey
Assistant State Superintendent
Administrative and Financial Services

WCP/JW

GORDON PERSONS BUILDING • P.O. Box 302101 • MONTGOMERY, ALABAMA 36130-2101 • TELEPHONE (334) 242-9700 • FAX (334) 242-9708 • Web site: www.alsde.edu

# MACON COUNTY BOARD OF EDUCATION



WILLIE C. THOMAS, JR.
*Superintendent of Education*

Katy Campbell, President
Harold C. White, Vice President
Alfonso Robinson
Ora G. Manning
Alfred M. Randolph

# FAX COVER SHEET

DATE: _____

TO: *Ms. D. Bigger*

Via Fax #: *732-2117*        Telephone #: _____

FROM: *W. Thomas*

Please acknowledge receipt of this fax.

TOTAL PAGES (including cover sheet): _____

MESSAGE:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

501 South School Street • Post Office Box 830090 • Tuskegee, Alabama 36083-0090 • (334) 727-1600 • Fax: (334) 724-9990