

# Restructuring: Promoting a World of Possibilities

## Benefits of Restructuring: Transportation

### Facts for the 2005-2006 School Term:

1. Students will have the same pick-up times in 2005-06 as they did in 2004-2005.
2. Elementary children will still be expressed home in the afternoon; ensuring that they arrive home at about the same time as they did in 2004-2005.
3. The furthest number of additional miles that any child will travel is 11 miles.
4. In fact, many children on Highway 29 and in the Mt. Nebo/Cicero communities will travel shorter distances to school than in 2004-2005



# Restructuring: Promoting a World of Possibilities

## Comparison of Miles Traveled to Area Schools

| Travel by South Macon Students | George Washington Carver Elementary School | Tuskegee Public Elementary School | Lewis Adams Early Childhood Center | South Macon School | Greatest Number of Additional Miles |
|---|---|---|---|---|---|
| From the Last Bus Stop at the Bullock County Line | 20 Miles | 21 Miles | 24 Miles | 17 Miles | 24-17=7 Miles Additional Travel |
| From the Last Bus Stop at the Russell County Line | 20 Miles | 22 Miles | 26 Miles | 15 Miles | 26 Miles-15 Miles=11 Miles Additional Travel |
|  |  |  |  |  |  |

1. The greatest number of additional miles that students will travel versus what they were already traveling to South Macon is 11 miles, which is approximately 10 to 11 minutes of additional travel time.

2. All bus pick-up times for students will remain the same; therefore, students who were previously scheduled for 6:30 pick up will continue to be picked-up at 6:30.

3. Bus drop-off times for students in grades K-5 will remain the same as the previous years.

