EXHIBIT "H"





Library + Bond