EXHIBIT "I"

Old Well