



EXHIBIT "J"







