W. Public

EXHIBIT "K"





W. Public
Library



W Public

