Public
New wing

EXHIBIT "L"



1. rubble
New wing