EXHIBIT "M"

Exhibit "M"