IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Intervenor and Amicus Curiae, | ) |
| | ) |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:70cv846-T |
| MACON COUNTY BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

It is ORDERED that the motion to withdraw counsel (Doc. No. 89) is granted.

DONE, this the 5th day of August, 2005.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE