IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al.,            )<br>                                    )<br>    Plaintiffs,                    )<br>                                    )<br>UNITED STATES OF AMERICA,           )<br>                                    )<br>    Plaintiff-Intervenor            )<br>    and Amicus Curiae,              )<br>                                    )<br>NATIONAL EDUCATION                  )<br>ASSOCIATION, INC.,                  )<br>                                    )<br>    Plaintiff-Intervenor,           )<br>                                    )<br>    v.                              )<br>                                    )<br>MACON COUNTY BOARD OF               )<br>EDUCATION, et al.                   )<br>                                    )<br>    Defendants.                     ) | CIVIL ACTION NO.<br> 2:70cv846-T |

ORDER

Based on the representations made during a telephone status conference held on August 3, 2005 that all parties, as well as the movant intervenors, are in agreement, it is hereby ORDERED that the local defendants' motion for

approval (Doc. No. 74) is granted with respect to the closing of Washington Public Elementary School.

DONE, this the 8th day of August, 2005.

                         /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE