# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   AUGUST 19, 2005            AT      8:25       A.M./P.M.

DATE COMPLETED   AUGUST 19, 2005            AT      8:30       A.M./P.M.

```
ANTHONY T. LEE                              )
                                            )
        Plaintiff                           )
                                            )
UNITED STATES OF AMERICA,                   )
                                            )
        Plaintiff-Intervenor                )
        and Amicus Curiae                   )
                                            )
NATIONAL EDUCATION ASSOCIATION, INC.        )
                                            )
        Plaintiff-Intervenor                )
                                            )
     v                                      )    CA No. 3:70cv846-T
                                            )
MACON COUNTY BOARD OF EDUCATION,            )
et al                                       )
                                            )
        Defendants                          )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| Atty Fred Gray, Jr. | X | Atty Deborah Biggers |
| Atty Pauline Miller | X |  |
|  | X | Atty Juliana Dean (NOTICE OF |
|  | X | APPEARANCE HAS NOT BEEN FILED) |
|  | X |  |

COURT OFFICIALS PRESENT:

| Kristen Nelson, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

**STATUS CONFERENCE**

8:25 a.m.    Telephone status conference commenced:
             (1) Unitary Status - Parties have agreed, as stated on the
             record, on a time frame for filing of motion.  Order will
             enter setting an additional status conference in late
             October and directing that a status report be filed before
             the conference.

```
MINUTES
STATUS CONFERENCE COMMENCING 8/19/05 BEFORE JUDGE MYRON THOMPSON


                    (2) Closing/Opening of Schools re defendants' motion (74):
                        – Opening of George Washington Carver;
                        – Closing of South Macon
                    Order to issue granting motion.
8:30 a.m.           Conference concluded.
```