IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. LEE, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff-Intervenor | ) | |
|     and Amicus Curiae, | ) | |
| | ) | |
| NATIONAL EDUCATION | ) | CIVIL ACTION NO. |
| ASSOCIATION, INC., | ) |  2:70cv846-T |
| | ) |     (WO) |
|     Plaintiff-Intervenor, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| MACON COUNTY BOARD OF | ) | |
| EDUCATION, et al. | ) | |
| | ) | |
|     Defendants. | ) | |

### ORDER

Plaintiffs, plaintiff-intervenor United States of America, and plantiff-intervenor National Education Association, Inc., having all agreed, it is hereby ORDERED that the local defendants' motion for approval (Doc. No. 74) is granted in all respects, including the closing of Washington Public Elementary School, the closing of South

Macon Elementary School, and the construction and opening of George Washington Carver Elementary School.

DONE, this the 19th day of August, 2005.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE