IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., )<br>)<br>   Plaintiffs, )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff-Intervenor )<br>   and Amicus Curiae, )<br>)<br>NATIONAL EDUCATION )<br>ASSOCIATION, INC., )<br>)<br>   Plaintiff-Intervenor, )<br>)<br>   v. )<br>)<br>MACON COUNTY BOARD OF )<br>EDUCATION, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>   3:70cv846-T<br>      (WO) |

**ORDER**

With regard to the efforts of the parties to move this case towards "unitary status" and based upon the representations made during a status conference on August 19, 2005, it is ORDERED as follows:

(1) Another status conference is set for October 24, 2005 at 8:30 a.m.  Plaintiff intervenor United

      States of America is to arrange for the conference to be conducted by telephone.

(2) Three business days prior to the status conference, the parties shall file with the court a <u>joint</u> proposal as to how the parties and the court should proceed in this case towards a declaration of unitary status and for the eventual termination of this litigation.

DONE, this the 22nd day of August, 2005.

                                  <u>/s/ Myron H. Thompson</u>
                                  **UNITED STATES DISTRICT JUDGE**