# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   OCTOBER 24, 2005              AT        8:44         A.M./P.M.

DATE COMPLETED   OCTOBER 24, 2005              AT        8:52         A.M./P.M.

```
ANTHONY T. LEE                              )
                                            )
        Plaintiff                           )
                                            )
UNITED STATES OF AMERICA,                   )
                                            )
        Plaintiff-Intervenor                )
        and Amicus Curiae                   )
                                            )
NATIONAL EDUCATION ASSOCIATION, INC.        )
                                            )
        Plaintiff-Intervenor                )
                                            )
    v                                       )   CA No. 3:70cv846-T
                                            )
MACON COUNTY BOARD OF EDUCATION,            )
et al                                       )
                                            )
        Defendants                          )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| Atty Fred Gray, Jr. | X | Atty Deborah Biggers |
| Atty Pauline Miller | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Kevin Kish, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

## **STATUS CONFERENCE**

8:44 a.m.    Telephone status conference commenced.
             Parties have agreed to the filing of a motion for unitary
             status; motion to be filed by the end of the week, with
             proposed notice. Proposed hearing date: 12/19/05 at 9:00
             a.m. in Montgomery. Notice to be published for three weeks
             and copies to go to parents via students, with deadline for
             objections.
8:52 a.m.    Conference concluded.