IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., )<br>)<br>   Plaintiffs, )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff-Intervenor )<br>   and Amicus Curiae, )<br>)<br>NATIONAL EDUCATION )<br>ASSOCIATION, INC., )<br>)<br>   Plaintiff-Intervenor, )<br>)<br>   v. )<br>)<br>MACON COUNTY BOARD OF )<br>EDUCATION, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>   3:70cv846-T |

### ORDER

Based upon the representations made during a scheduling conference on October 24, 2005, it is ORDERED that a fairness hearing is set for December 19, 2005, at 9:00 a.m. at the Frank M. Johnson, Jr. United States

Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 24th day of October, 2005.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE