## IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

2005 OCT 28 A 9: 22

| | |
|---|---|
| ANTHONY T. LEE, et al., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| **Plaintiff-Intervenor and Amicus** | ) |
| **Curiae,** | ) **CIVIL ACTION NO.: 3:70cv846-T** |
| | ) |
| NATIONAL EDUCATION ASSOCIATION, | ) |
| INC., | ) |
| | ) |
| **Plaintiff-Intervenor,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| MACON COUNTY BOARD OF EDUCATION, | ) |
| et al., | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR APPROVAL OF NOTICE

Comes now the **Macon County Board of Education** and moves the Court
for approval of the following, copies of which are attached:

1.   Notice of Hearing on Motion for Declaration of Unitary Status and
Possible Termination of Macon County School Desegregation Case
to be published in newspaper;

2.   Notice of Hearing on Motion for Declaration of Unitary Status and
Possible Termination of Macon County Desegregation Case to be
provided to parents of students enrolled in the school system;

3.   Objection/Comment Form; and

4.    List of school board documents which will be available to the public.

Done this _2 7th_ day of October, 2005.

DEBORAH HILL BIGGERS (BIG002)
**Attorney for Macon County Board of Education**
**113 East Northside**
**Tuskegee, Alabama  36083**
**PH:  (334) 727-0092**
**FAX (334) 727-7117**

**Macon County Board of Education**
**501 South School Street, Tuskegee, AL  36083**
**(334) 727-1600**

### NOTICE OF HEARING ON MOTION FOR DECLARATION OF
### UNITARY STATUS AND POSSIBLE TERMINATION OF MACON
### COUNTY BOARD OF EDUCATION SCHOOL DESEGREGATION CASE

      The Macon County Board of Education hereby gives notice of a hearing which could result in termination of the school desegregation case, *Lee vs. Macon County Board of Education.*  In August 1963, the Macon County Board of Education was ordered to immediately take steps to desegregate the schools in Macon County, Alabama.  In 1963 and 1964, the U.S. District Court found it necessary on four different occasions to enjoin Governor George C. Wallace and other state officials from interfering with the desegregation of the Macon County School System.

      In subsequent years, the Macon County Board of Education assumed the affirmative duty to eliminate all vestiges of illegal segregation to the extent practicable and to comply in good faith with all court orders.

      According to the 2000 Census, Macon County, Alabama has the second highest percentage of black population among the nation's counties, which is 84.6%.

      On October 28, 2005, the Board filed a motion with the U.S. District Court, requesting the Court to declare that it has achieved unitary status and that court supervision is no longer necessary.  The attorneys for the Plaintiffs and the United States have not objected.  Copies of documents about this process are available for review at the Central Office of the Macon County Board of Education at 501 South School Street, Tuskegee, Alabama, and may be viewed between 9:00 a.m. and 4:00 p.m. Monday through Friday from November 3, 2005 to November 22, 2005.

      Judge Myron Thompson, United States District Court Judge has scheduled a hearing for December 19, 2005 at 9:00 a.m. in the United States Courthouse, 15 Lee Street, Montgomery, Alabama  36104 to determine whether or not the motion by the Macon County Board of Education should be granted.

      The hearing is open to the public and the Court invites objections and comments from any interested parties.  Written objections and comments are requested to be made on forms which are available at the Central Office for the Macon County Board of Education and in the principal's office at all Macon County Public Schools.  Written comments and objections must be submitted to the Court at the address indicated on the form and must be postmarked no later than December 1, 2005.

      If you have any questions, you may contact Counsel for the Macon County School District: Deborah Biggers at (334) 727-0092;  Counsel for Private Plaintiffs:  Fred Gray, Jr. at (334) 727-4830; or Counsel for the United States:  Pauline Miller at (202) 514-2179.

      **A copy of this notice is to be provided to each parent or guardian of a student enrolled in the Macon County School District and posted at all Macon County Public Schools, the Macon County School District Central Office and the Macon County Courthouse.  The posting of this notice shall be from November 3, 2005 to November 22, 2005.**

## NOTICE OF HEARING ON MOTION FOR DECLARATION OF
## UNITARY STATUS AND POSSIBLE TERMINATION OF MACON
## COUNTY BOARD OF EDUCATION SCHOOL DESEGREGATION CASE

The Macon County Board of Education hereby gives notice of a hearing which could result in termination of the school desegregation case, *Lee vs. Macon County Board of Education.* In August 1963, the Macon County Board of Education was ordered to immediately take steps to desegregate the schools in Macon County, Alabama. In 1963 and 1964, the U.S. District Court found it necessary on four different occasions to enjoin Governor George C. Wallace and other state officials from interfering with the desegregation of the Macon County School System.

In subsequent years, the Macon County Board of Education assumed the affirmative duty to eliminate all vestiges of illegal segregation to the extent practicable and to comply in good faith with all court orders.

According to the 2000 Census, Macon County, Alabama has the second highest percentage of black population among the nation's counties, which is 84.6%.

On October 28, 2005, the Board filed a motion with the U.S. District Court, requesting the Court to declare that it has achieved unitary status and that court supervision is no longer necessary. The attorneys for the Plaintiffs and the United States have not objected. Copies of documents about this process are available for review at the Central Office of the Macon County Board of Education at 501 South School Street, Tuskegee, Alabama, and may be viewed between 9:00 a.m. and 4:00 p.m. Monday through Friday from November 3, 2005 to November 22, 2005.

Judge Myron Thompson, United States District Court Judge has scheduled a hearing for December 19, 2005 at 9:00 a.m. in the United States Courthouse, 15 Lee Street, Montgomery, Alabama  36104 to determine whether or not the motion by the Macon County Board of Education should be granted.

The hearing is open to the public and the Court invites objections and comments from any interested parties. Written objections and comments are requested to be made on forms which are available at the Central Office for the Macon County Board of Education and in the principal's office at all Macon County Public Schools. Written comments and objections must be submitted to the Court at the address indicated on the form and must be postmarked no later than December 1, 2005.

If you have any questions, you may contact Counsel for the Macon County School District:  Deborah Biggers at (334) 727-0092;  Counsel for Private Plaintiffs:  Fred Gray, Jr. at (334) 727-4830; or Counsel for the United States:  Pauline Miller at (202) 514-2179.

**A copy of this notice is to be provided to each parent or guardian of a student enrolled in the Macon County School District and posted at all Macon County Public Schools, the Macon County School District Central Office and the Macon County Courthouse. The posting of this notice shall be from November 3, 2005 to November 22, 2005.**

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **ANTHONY T. LEE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff-Intervenor and Amicus** ) | **CIVIL ACTION NO.: 3:70cv846-T** |
| **Curiae,** ) | |
| ) | |
| **NATIONAL EDUCATION ASSOCIATION,** ) | |
| **INC.,** ) | |
| ) | |
| **Plaintiff-Intervenor,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **MACON COUNTY BOARD OF EDUCATION,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**OBJECTION/COMMENT TO DECLARATION
OF UNITARY STATUS AND POSSIBLE TERMINATION
OF MACON COUNTY SCHOOL DESEGREGATION CASE**

1.    Please Print:

      Name:_____

      Address:_____

      _____

      Telephone No.:_____

2.    Are you a Student?

      Parent of a Student?

      Concerned Citizen?

3.  Please state your objections/comments:

**You may attach additional sheets.  Please put your name on each sheet.**

_____
**Signature**

**MAIL TO:**

**Office of the Clerk**
**Middle District of Alabama**
**Post Office Box 711**
**Montgomery, Alabama  36101**

**FORMS MUST BE POSTMARKED NO LATER THAN DECEMBER 1, 2005.**

## LIST OF DOCUMENTS TO BE MADE
## AVAILABLE AT SCHOOL BOARD OFFICES

1. Motion for Declaration of Unitary Status;

2. History of litigation in <u>Lee v. Macon</u> as it pertains to the Macon County Board of Education;

3. The total student population of the Macon County School System for academic years 2000-2001 through 2004-2005; and racial breakdown of students at each Macon County School during these time periods;

4. The name and race of every principal, vice principal or assistant principal for each school in the Macon County School District beginning with the 2000-2001 school year to the 2005-2006 school year;

5. A color copy of maps illustrating Macon County attendance zones for 2004-2005 and 2005-2006 school years;

6. A copy of the Macon County Board of Education's 5 year Capital Improvement Plans and amendments or revisions thereto from 1999 to the present;

7. Copies of bus routes for each school for the 2005-2006 school year; and

8. A listing of the number and racial makeup of the faculty at each school in the district

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2005, I electronically served the foregoing upon the following counsels of record:

**Hon. Fred D. Gray, Jr.**
**Counsel for Lee Plaintiffs**
**and NEA Plaintiff-Intervenor**
FGrayjr@glsmgn.com

**Hon. Pauline A. Miller**
**Counsel for the United States**
Pauline.A.Miller@usdoj.gov

**Hon. Norman J. Chachkin**
**Counsel for Lee Plaintiffs**
**NAACP Legal Defense Fund**
**and Educational Fund, Inc.**
NCHACHKIN@NAACPLDF.ORG

**Hon. Reginald Sorrells**
**Counsel for the Alabama State**
**Department of Education**
rsorrells@ALSDE.edu

**DEBORAH HILL BIGGERS**
**Attorney for Macon County Board of Education**