IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2005 OCT 28  A 9:22

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
|    Plaintiffs, ) | |
| UNITED STATES OF AMERICA ) | |
|    Plaintiff-Intervenor and Amicus Curiae, ) | CIVIL ACTION NO.: 3:70cv846-T |
| NATIONAL EDUCATION ASSOCIATION, INC., ) | |
|    Plaintiff-Intervenor, ) | |
| vs. ) | |
| MACON COUNTY BOARD OF EDUCATION, et al., ) | |
|    Defendants. ) | |

## MOTION OF MACON COUNTY BOARD OF EDUCATION FOR DECLARATION OF UNITARY STATUS

Comes now the Macon County Board of Education, by and through its counsel of record, and moves this Honorable Court for an Order, declaring unitary status for the Macon County School District and the termination of this litigation.

The grounds in support of this Motion are as follows:

1. That the Macon County School District has fully complied with the court-ordered desegregation plan in the areas of school administration.

2. That judicial supervision is no longer needed in all areas of school administration.

3. That the Macon County School District has demonstrated a good faith commitment to the Court's desegregation orders and the U.S. Constitution.

4. That the Macon County Board of Education has taken affirmative steps to remove vestiges of illegal segregation from this school district.

5. That the effects of prior discrimination have been remedied and are no longer a factor in determining student assignments, faculty, staff, transportation, physical facilities and extracurricular activities at the schools in the school district.

6. That Macon County's population is now 84.6% black and all of its schools are now mostly attended by students who are black or African American.

7. That the Macon County School District has fulfilled its duties to achieve maximum possible desegregation to avoid reestablishment of a dual system of public education in Macon County.

WHEREFORE, the Macon County Board of Education respectfully requests that it be declared a unitary school district and that an order be issued terminating this litigation.

Done this 27th day of October, 2005.

Respectfully submitted,

DEBORAH HILL BIGGERS (BIG002)
Attorney for Macon County Board of Education

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2005, I electronically served the foregoing upon the following counsels of record:

Hon. Fred D. Gray, Jr.
Counsel for Lee Plaintiffs
and NEA Plaintiff-Intervenor
FGrayjr@glsmgn.com

Hon. Pauline A. Miller
Counsel for the United States
Pauline.A.Miller@usdoj.gov

Hon. Norman J. Chachkin
Counsel for Lee Plaintiffs
NAACP Legal Defense Fund
and Educational Fund, Inc.
NCHACHKIN@NAACPLDF.ORG

Hon. Reginald Sorrells
Counsel for the Alabama State
Department of Education
rsorrells@ALSDE.edu

_____
DEBORAH HILL BIGGERS
Attorney for Macon County Board of Education