IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al.,        ) | |
|                                ) | |
|    Plaintiffs,                 ) | |
|                                ) | |
| UNITED STATES OF AMERICA,      ) | |
|                                ) | |
|    Plaintiff-Intervenor        ) | |
|    and Amicus Curiae,          ) | |
|                                ) | |
| NATIONAL EDUCATION             ) | |
| ASSOCIATION, INC.,             ) | |
|                                ) | |
|    Plaintiff-Intervenor,       ) | |
|                                ) | |
|    v.                          ) | CIVIL ACTION NO. |
|                                ) |    3:70cv846-T |
| MACON COUNTY BOARD OF          ) |       (WO) |
| EDUCATION, et al.,             ) | |
|                                ) | |
|    Defendants.                 ) | |

### ORDER

It is ORDERED that the local defendants' motion for declaration of unitary status (Doc. No. 107) is set for a fairness hearing on December 19, 2005, at 9:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse

complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

It is further ORDERED that the motion for approval of notice (Doc. No. 106) is granted.

DONE, this the 2nd day of November, 2005.

                                           /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE