IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ANTHONY T. LEE, et al.,          )
                                 )
    Plaintiffs,                  )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
    Plaintiff-Intervenor         )
    and Amicus Curiae,           )
                                 )
NATIONAL EDUCATION               )
ASSOCIATION, INC.,               )
                                 )
    Plaintiff-Intervenor,        )
                                 )
    v.                           )   CIVIL ACTION NO.
                                 )      3:70cv846-T
MACON COUNTY BOARD OF            )
EDUCATION, et al.,               )
                                 )
    Defendants.                  )
```

ORDER

It is ORDERED that the amended motion for approval of notice (Doc. No. 108) is granted.

DONE, this the 3rd day of November, 2005.

                                          /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE