IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 NOV 21  A 10: 24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANTHONY T. LEE, et al., | ) |
| Plaintiffs, | ) |
| UNITED STATES OF AMERICA | ) |
| Plaintiff-Intervenor and Amicus Curiae, | ) CIVIL ACTION NO.: 3:70cv846-T |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) |
| Plaintiff-Intervenor, | ) |
| vs. | ) |
| MACON COUNTY BOARD OF EDUCATION, et al., | ) |
| Defendants. | ) |

**OBJECTION/COMMENT TO DECLARATION
OF UNITARY STATUS AND POSSIBLE TERMINATION
OF MACON COUNTY SCHOOL DESEGREGATION CASE**

1. Please Print:

   Name: _Zeola Combs_

   Address: _7585 AL. HWY 81_
   _Notasulga, Al. 36866_

   Telephone No.: _257-4575_

2. Are you a Student?

   (Parent of a Student?)

   Concerned Citizen?

3. Please state your objections/comments: I pray and hope they dont close or bus our children to another school. We fought to hard in federal court severals years ago to save our school and now seem as they trying to take it. I had 6 children to First School then and now I have several grandchildren going to Notasulga high school. I dont want my Grandchildren going to Tuskee School. We have our own football, Basketball, base ball, Cheerleader, Band and we are proud of them. We need our own space.

Your Consideration is Greatly Appreciated

Mrs Zeola S. Combs
Signature

MAIL TO:

Office of the Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

FORMS MUST BE POSTMARKED NO LATER THAN DECEMBER 9, 2005.