IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., | ) |
| Plaintiffs, | ) |
| UNITED STATES OF AMERICA | ) |
| Plaintiff-Intervenor and Amicus Curiae, | ) CIVIL ACTION NO.: 3:70cv846-T |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) |
| Plaintiff-Intervenor, | ) |
| vs. | ) |
| MACON COUNTY BOARD OF EDUCATION, et al., | ) |
| Defendants. | ) |

RECEIVED
2005 NOV 22 A 9: 54
DEBRA P.
U.S. DIS
MIDDLE

OBJECTION/COMMENT TO DECLARATION
OF UNITARY STATUS AND POSSIBLE TERMINATION
OF MACON COUNTY SCHOOL DESEGREGATION CASE

1. Please Print:

   Name: _Brad Shipa_

   Address: _67 E. Main St._
   _Notasulga, AL 36866_

   Telephone No.: _334-444-4623_

2. Are you a Student?

   Parent of a Student?

   (Concerned Citizen?)

3. Please state your objections/comments: _____

Keep Notasulga High School K-12, the only integrated school in Macon County

You may attach additional sheets. Please put your name on each sheet.

_C. Skye_
Signature

MAIL TO:

Office of the Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

FORMS MUST BE POSTMARKED NO LATER THAN DECEMBER 9, 2005.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ANTHONY T. LEE, et al., )
    Plaintiffs, )
)
UNITED STATES OF AMERICA, )
)
    Plaintiff-Intervenor and Amicus Curiae, )
) CIVIL ACTION NO.: 3:70cv846-T
NATIONAL EDUCATION ASSOCIATION, INC., )
)
    Plaintiff-Intervenor, )
)
vs. )
)
MACON COUNTY BOARD OF EDUCATION, et al., )
)
    Defendants. )

**OBJECTION/COMMENT TO DECLARATION
OF UNITARY STATUS AND POSSIBLE TERMINATION
OF MACON COUNTY SCHOOL DESEGREGATION CASE**

1. Please Print:

   Name: Jeanette Hyde

   Address: 4945 Co. Rd. 54 West
   Notasulga, AL. 36866-3604

   Telephone No.: 334-257-4136

2. Are you a Student?

   Parent of a Student?

   Concerned Citizen?

[Stamp: RECEIVED 2005 NOV 22 A 9:54 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT M. DIST. ALA.]

3. Please state your objections/comments:

Notasulga High School should remain K-12 as the only integrated school in Macon County.

9-12 Grades are the foundation of the school.

You may attach additional sheets. Please put your name on each sheet.

*Jeanette Hyde*
Signature

MAIL TO:

Office of the Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

FORMS MUST BE POSTMARKED NO LATER THAN DECEMBER 9, 2005.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff-Intervenor and Amicus ) | CIVIL ACTION NO.: 3:70cv846-T |
| Curiae, ) | |
| ) | |
| NATIONAL EDUCATION ASSOCIATION, ) | |
| INC., ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| vs. ) | |
| ) | |
| MACON COUNTY BOARD OF EDUCATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**OBJECTION/COMMENT TO DECLARATION
OF UNITARY STATUS AND POSSIBLE TERMINATION
OF MACON COUNTY SCHOOL DESEGREGATION CASE**

1. Please Print:

    Name: _D. Reynolds_

    Address: _64 W. College St,_
    _Notasulga, Al._

    Telephone No.: _334-257-3717_

2. Are you a Student?

    Parent of a Student?

    (**Concerned Citizen?**) ← circled

3. Please state your objections/comments: _____

WE SHOULD keep NOTASULGA High School open — goodes K-12. IF we consolidate goods 9-12 then we will lose the only integrated school left in Macon County.

You may attach additional sheets. Please put your name on each sheet.

_____
Signature   John Reynolds

MAIL TO:

Office of the Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

FORMS MUST BE POSTMARKED NO LATER THAN DECEMBER 9, 2005.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., | ) |
| Plaintiffs, | ) |
| UNITED STATES OF AMERICA | ) |
| Plaintiff-Intervenor and Amicus Curiae, | ) CIVIL ACTION NO.: 3:70cv846-T |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) |
| Plaintiff-Intervenor, | ) |
| vs. | ) |
| MACON COUNTY BOARD OF EDUCATION, et al., | ) |
| Defendants. | ) |

RECEIVED
2005 NOV 22  A 10: 02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## OBJECTION/COMMENT TO DECLARATION OF UNITARY STATUS AND POSSIBLE TERMINATION OF MACON COUNTY SCHOOL DESEGREGATION CASE

1. Please Print:

   Name: Stanley Anderson

   Address: Box 119
   Notasulga, Ala. 36866

   Telephone No.: 334-252-1149

2. Are you a Student?

   Parent of a Student?

   (Concerned Citizen?) ✓

3. Please state your objections/comments: _____

Please Retain Notasulga High School as a K-12 school. It is the only integrated school left in Macon County. Grades 9-12 are the foundations of the school.

You may attach additional sheets. Please put your name on each sheet.

_Stanley M. Anderson_
Signature

MAIL TO:

Office of the Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

FORMS MUST BE POSTMARKED NO LATER THAN DECEMBER 9, 2005.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 NOV 22 A 10: 02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
|     Plaintiffs, ) | |
| UNITED STATES OF AMERICA ) | |
|     Plaintiff-Intervenor and Amicus Curiae, ) | CIVIL ACTION NO.: 3:70cv846-T |
| NATIONAL EDUCATION ASSOCIATION, INC., ) | |
|     Plaintiff-Intervenor, ) | |
| vs. ) | |
| MACON COUNTY BOARD OF EDUCATION, et al., ) | |
|     Defendants. ) | |

### OBJECTION/COMMENT TO DECLARATION OF UNITARY STATUS AND POSSIBLE TERMINATION OF MACON COUNTY SCHOOL DESEGREGATION CASE

1. Please Print:

    Name: Horace Anderson

    Address: Box 117
    Notasulga, Ala. 36866

    Telephone No.: 334-257-3518

2. Are you a Student?

    Parent of a Student?

    (Concerned Citizen?)

3. Please state your objections/comments: _____

Notasulga High School should always be retained as a K-12 school since it is the <u>only</u> integrated school left in Macon County. Grades 9-12 are the foundations of the school.

You may attach additional sheets. Please put your name on each sheet.

_____
Signature

MAIL TO:

Office of the Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

FORMS MUST BE POSTMARKED NO LATER THAN DECEMBER 9, 2005.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff-Intervenor and Amicus ) <br> Curiae, ) <br> ) <br> NATIONAL EDUCATION ASSOCIATION, ) <br> INC., ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> vs. ) <br> ) <br> MACON COUNTY BOARD OF EDUCATION, ) <br> et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: 3:70cv846-T |

2005 NOV 22  A 10: 02

DEBR.
U.S.
MIDD.

**OBJECTION/COMMENT TO DECLARATION
OF UNITARY STATUS AND POSSIBLE TERMINATION
OF MACON COUNTY SCHOOL DESEGREGATION CASE**

1. Please Print:

   Name: ERMA Anderson

   Address: Box 117
   Notasulga, Ala. 36866

   Telephone No.: 334-257-3518

2. Are you a Student?

   Parent of a Student?

   (Concerned Citizen?)

3. Please state your objections/comments:

Keep Notasulga High School as a K-12 school. It is the only integrated school left in Macon County.

Grades 9-12 are the foundations of the school

You may attach additional sheets. Please put your name on each sheet.

*Erma C. Anderson*
Signature

MAIL TO:

Office of the Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

FORMS MUST BE POSTMARKED NO LATER THAN DECEMBER 9, 2005.