IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 NOV 28  A 10: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff-Intervenor and Amicus ) | CIVIL ACTION NO.: 3:70cv846-T |
| Curiae, ) | |
| ) | |
| NATIONAL EDUCATION ASSOCIATION, ) | |
| INC., ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| vs. ) | |
| ) | |
| MACON COUNTY BOARD OF EDUCATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**OBJECTION/COMMENT TO DECLARATION
OF UNITARY STATUS AND POSSIBLE TERMINATION
OF MACON COUNTY SCHOOL DESEGREGATION CASE**

1. Please Print:

   Name: ROBERT ANDERSON

   Address: BOX 302

   NOTASULGA, ALABAMA 36866

   Telephone No.: 334-257-1147

2. Are you a Student?

   Parent of a Student?

   (Concerned Citizen?)

3. Please state your objections/comments: _____

See ATTACHMENT!

You may attach additional sheets. Please put your name on each sheet.

*Robert B. Anderson*
Signature

MAIL TO:

Office of the Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

FORMS MUST BE POSTMARKED NO LATER THAN DECEMBER 9, 2005.

  I served as Principal of Notasulga High School (K-12) from August 1971 until August 2002. Notasulga is my hometown. We established the only integrated school in Macon County with both African-American and whites working closely together to ensure that this remained. We received both national and international recognition for our efforts to ensure that integration was promoted and maintained in our school system.

  Some twelve yeas ago, we had to return to Federal Court to protect grades 9-12 from consolidation into a new, large school in Tuskegee. We were successful before the District Federal Judge, the Judges on the Eleventh Circuit Court of Appeals, and all Twelve Federal Judges in Atlanta. Grades 9-12 are the foundation of this K-12 school.

  I would hope that in this case that the court would use the Autauga County Model where Autaugaville High School would remain a K-12 school. Notasulga High School, the heart of the Town of Notasulga, is the last chance to have an integrated school in Macon County, Alabama.

Sincerely,

*Robert B. Anderson*
Robert B. Anderson
Retired Notasulga Principal

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff-Intervenor and Amicus Curiae, ) | CIVIL ACTION NO.: 3:70cv846-T |
| ) | |
| NATIONAL EDUCATION ASSOCIATION, INC., ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| vs. ) | |
| ) | |
| MACON COUNTY BOARD OF EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

RECEIVED 2005 NOV 23  DEBRA P. [illegible], U.S. DIS[T]., MIDDLE D[IST].  31

## OBJECTION/COMMENT TO DECLARATION OF UNITARY STATUS AND POSSIBLE TERMINATION OF MACON COUNTY SCHOOL DESEGREGATION CASE

1. Please Print:

    Name: ROCHELLE LANGFORD

    Address: P.O. Box 38
    Notasulga, AL. 36866

    Telephone No.: 334-257-3774

2. Are you a Student?

    Parent of a Student?

    Concerned Citizen?  *very*

3. Please state your objections/comments: A small town is not a community without a school that is K-thru 12. We depend on all 13 classes for our community. We look forward to football games, basketball & baseball for the older boys & girls to do.

The town has just put in a new sewer system, so that the school could be accredited.

For the last 2 or 3 years, we have had awful principals, some part time & some that didn't care about our school. We now have a good principal here & they are wanting to close our school. This man needs a chance & can do the job if he is given a chance. The kids from K thru 12 all respect him & think the world of him, so I hope you find it in your heart to leave our school as it is now. Thanks,

You may attach additional sheets. Please put your name on each sheet.

Signature: Rochelle Langford

MAIL TO:

Office of the Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

FORMS MUST BE POSTMARKED NO LATER THAN DECEMBER 9, 2005.