IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2005 DEC 12

DEBRA P.
U.S. DIST
MIDDLE D

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
| Plaintiffs, ) | |
| UNITED STATES OF AMERICA ) | |
| Plaintiff-Intervenor and Amicus Curiae, ) | CIVIL ACTION NO.: 3:70cv846-T |
| NATIONAL EDUCATION ASSOCIATION, INC., ) | |
| Plaintiff-Intervenor, ) | |
| vs. ) | |
| MACON COUNTY BOARD OF EDUCATION, et al., ) | |
| Defendants. ) | |

OBJECTION/COMMENT TO DECLARATION
OF UNITARY STATUS AND POSSIBLE TERMINATION
OF MACON COUNTY SCHOOL DESEGREGATION CASE

1.  Please Print:

    Name: FRANK TEW

    Address: P.O. Box 183

    NOTASULGA, AL. 36866

    Telephone No.: 334-257-3578

2.  Are you a Student?

    Parent of a Student?

    (Concerned Citizen?) → MAYOR - Town of NOTASULGA

3. Please state your objections/comments: _____
Please read attached letter.
_____

You may attach additional sheets. Please put your name on each sheet.

*[Signature]* Frank Tud / Mayor
Signature

MAIL TO:

Office of the Clerk
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101

FORMS MUST BE POSTMARKED NO LATER THAN DECEMBER 9, 2005.

**Town of Notasulga**
**P. O. Box 207**
**Notasulga, Al. 36866**
**334-257-1454**

December 9, 2005

As Mayor of the Town of Notasulga, a 1966 graduate of Notasulga High School and the father to two children that have also graduated from here, as well. I feel I need to make a statement as to the granting of unitary status for Macon County Board of Education.

I do not think the people of Notasulga are as concerned with the unitary status nearly as much as they are to the effect this could have on the possible closing of Notasulga High School. The current Macon County Board of Education is elected at large, therefore eliminating Notasulga High School from being represented on the Board. If the Board were elected by district this would help. The current Board has established a pattern of closing all other High Schools in Macon County except Notasulga High School and busing all students to Tuskegee.

I would ask that you consider adding a statement to the unitary status decision, that Macon County maintain and not close Notasulga High School.

As Mayor of the Town of Notasulga I must plead the case of the Town, this would be disastrous economically to our Town, a Town without a School DIES!

The economic impact of closing our School would basically eliminate any chance of future growth and would remove <u>COMMUNITY</u> from our everyday lives.
Notasulga High School has had a great tradition State wide in sports accomplishments. It would be a shame to see this School close.

I will attend the meeting on December 19th and would be glad to express our support to include a statement to keep Notasulga High School open.

Thank you for your consideration from the Town Council and myself on behalf of the Town of Notasulga.

Sincerely,

*Frank Tew*

Frank Tew
Mayor of Notasulga