# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE          AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __DECEMBER 19, 2005__          AT _____9:03_____ A.M./P.M.

DATE COMPLETED __DECEMBER 19, 2005__          AT _____10:35_____ A.M./P.M.

| | | |
|---|---|---|
| ANTHONY T. LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| NATIONAL EDUCATION ASSOCIATION, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v | ) | Cr No. 3:70-cv-00846-T |
| | ) | |
| MACON COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty Fred David Gray | X | Atty Deborah Hill Biggers |
| | X | |
| Atty Pauline Miller | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Kevin Kish, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING: **FAIRNESS HEARING**


| | |
|---|---|
| 9:03 a.m. | Court convened; fairness hearing commenced. |
| | I    Comments/objections (Mr. Tew and Mr. Anderson). |
| | Court advised that some students may be illegally attending schools outside of the district. |
| | II   Evidence presented. |
| 10:26 a.m. | Evidence concluded. |
| | Order to issue declaring unitary status, _except_ as to possible illegal intra-district transfers.  United States to submit proposed order within 30 day. |
| 10:35 a.m. | Hearing concluded. |