```
         IN THE UNITED STATES DISTRICT COURT FOR THE
           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION
```

| | | |
|---|---|---|
| ANTHONY T. LEE, et al | ) | |
| Plaintiffs | ) | |
| v | ) | CA No. 3:70-cv-00846-T |
| MACON COUNTY BOARD OF EDUCATION | ) | |
| Defendant | ) | |

PLAINTIFFS                                             DEFENDANT

WITNESS LIST

1) Harold Frank Tew                    3) Willie C. Thomas

2) Robert Anderson