| | | | | ANTHONY T. LEE, JR., et al | | |
|---|---|---|---|---|---|---|
| Dft's EXHIBITS  FAIRNESS HEARING COMMENCING 12/19/05 | | | | v  MACON COUNTY BOARD OF EDUCATION CA No. 3:70-cv-00846-T | | |
| | | | | | | JUDGE MYRON THOMPSON, PRESIDING Mitchell Reisner, Court Reporter |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | 12-19-05 | 12-19-05 | 1 | Thomas | | Notice of Hearing on Declaration of Unitary Status in The Tuskegee News |
| Yes | 12-19-05 | 12-19-05 | 2 | Thomas | | November 30, 2005, Letter to Notasulga Parent/Guardian from Willie C. Thomas, Jr., Superintendent |
| Yes | 12-19-05 | 12-19-05 | 3 | Thomas | | October 27, 2005, Report of Racial Makeup of Students |
| | | | 4 | | | |
| | | | 5 | | | |
| Yes | 12-19-05 | 12-19-05 | 6 | Thomas | | Racial Breakdown of Faculty and Staff of Macon County School District for 2005-2006 |
| Yes | 12-19-05 | 12-19-05 | 7 | Thomas | | Proposed Transportation Schedule and School Starting Times for 2005-2006 |
| Yes | 12-19-05 | 12-19-05 | 8 | Thomas | | Macon County Schools Superintendent's Report - November 2005 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS LOCATED IN SEPARATE EXPANSION FOLDER WITH CASE FILE |