IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al.,           ) | |
|                                   ) | |
|     Plaintiffs,                   ) | |
|                                   ) | |
| UNITED STATES OF AMERICA,         ) | |
|                                   ) | |
|     Plaintiff-Intervenor          ) | |
|     and Amicus Curiae,            ) | |
|                                   ) | |
| NATIONAL EDUCATION                ) | CIVIL ACTION NO. |
| ASSOCIATION, INC.,                ) |   2:70cv846-T |
|                                   ) | |
|     Plaintiff-Intervenor,         ) | |
|                                   ) | |
|     v.                            ) | |
|                                   ) | |
| MACON COUNTY BOARD OF             ) | |
| EDUCATION, et al.                 ) | |
|                                   ) | |
|     Defendants.                   ) | |

**ORDER**

Based on the representations made during a fairness hearing held on December 19, 2005, it is ORDERED that an on-the-record status conference on the possible problem of interdistrict transfers is set for February 23, 2006, at 8:30 a.m.  The parties are to file a joint status report by February 17, 2006.  The United States is to

arrange for the status conference to be conducted by telephone.

DONE, this the 19th day of December, 2005.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**