# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

HON. MYRON H. THOMPSON, JUDGE       AT MONTGOMERY, ALABAMA

DATE COMMENCED  JANUARY 17, 2006     AT     8:20     A.M./P.M.

DATE COMPLETED  JANUARY 17, 2005     AT     8:30     A.M./P.M.

ANTHONY T. LEE                          )
                                        )
    Plaintiff                          )
                                        )
UNITED STATES OF AMERICA                )
NATIONAL EDUCATION ASSOCIATION, INC     )
                                        )
    Plaintiff-Intervenors              )
                                        )
  v                                     )
                                        )
LEE COUNTY BOARD OF EDUCATION           )   CA No. 3:70-cv-845-MHT
MACON COUNTY BOARD OF EDUCATION         )   CA No. 3:70-cv-846-MHT
RUSSELL COUNTY BOARD OF EDUCATION       )   CA No. 3:70-cv-848-MHT
TALLAPOOSA COUNTY BOARD OF EDUCATION)       CA No. 3:70-cv-849-MHT
ALEXANDER CITY BOARD OF EDUCATION       )   CA No. 3:70-cv-850-MHT
AUBURN CITY BOARD OF EDUCATION          )   CA No. 3:70-cv-851-MHT
OPELIKA CITY BOARD OF EDUCATION         )   CA No. 3:70-cv-853-MHT
PHENIX CITY BOARD OF EDUCATION          )   CA No. 3:70-cv-854-MHT
ROANOKE CITY BOARD OF EDUCATION         )   CA No. 3:70-cv-855-MHT
BUTLER COUNTY BOARD OF EDUCATION        )   CA No. 2:70-cv-3099-MHT
COVINGTON COUNTY BOARD OF EDUCATION     )   CA No. 2:70-cv-3102-MHT
ELMORE COUNTY BOARD OF EDUCATION        )   CA No. 2:70-cv-3103-MHT
CRENSHAW COUNTY BOARD OF EDUCATION      )   CA No. 2:66-cv-2455-MHT
                                        )
    Defendants                         )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Attys Fred Gray, Jr., Norman Chachkin, | X | Attys Reginald Sorrells, Larry Craven |
| Pauline Miller | X | Whit Colvin |

COURT PERSONNEL
Mitchell Reisner, Court Reporter     Kevin Kish, Law Clerk     Sheila Carnes, Courtroom Clerk

**STATUS CONFERENCE**
STATE-WIDE FACILITIES ISSUE

8:20 a.m.   Telephone status conference commenced.
            Parties report that they have reached an agreement.
            Motion for approval of the decree to be filed (by the end of the week); hearing is not necessary;
            state-wide class certification discussed; additional conference will be scheduled after
            motion is filed.  Terms of consent decree were briefly stated on the record by Atty Colvin.
8:30 a.m.   Conference concluded.