## IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. LEE, et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| **Plaintiff - Intervenor and Amicus Curiae,** | ) | |
| | ) | |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) | |
| | ) | |
| **Plaintiff-Intervenor** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| LEE COUNTY BOARD OF EDUCATION | ) | CIVIL ACTION No. 3:70-cv-845-MHT |
| MACON COUNTY BOARD OF EDUCATION | ) | CIVIL ACTION No. 3:70-cv-846-MHT |
| RUSSELL COUNTY BOARD OF EDUCATION | ) | CIVIL ACTION No. 3:70-cv-848-MHT |
| TALLAPOOSA COUNTY BOARD OF EDUCATION | ) | CIVIL ACTION No. 3:70-cv-849-MHT |
| ALEXANDER CITY BOARD OF EDUCATION | ) | CIVIL ACTION No. 3:70-cv-850-MHT |
| AUBURN CITY BOARD OF EDUCATION | ) | CIVIL ACTION No. 3:70-cv-851-MHT |
| OPELIKA CITY BOARD OF EDUCATION | ) | CIVIL ACTION No. 3:70-cv-853-MHT |
| PHENIX CITY BOARD OF EDUCATION | ) | CIVIL ACTION No. 3:70-cv-854-MHT |
| ROANOKE CITY BOARD OF EDUCATION | ) | CIVIL ACTION No. 3:70-cv-855-MHT |
| BUTLER COUNTY BOARD OF EDUCATION | ) | CIVIL ACTION No. 2:70-cv-3099-MHT |
| COVINGTON COUNTY BOARD OF EDUCATION | ) | CIVIL ACTION No. 2:70-cv-3102-MHT |
| ELMORE COUNTY BOARD OF EDUCATION | ) | CIVIL ACTION No. 2:70-cv-3103-MHT |
| CRENSHAW COUNTY BOARD OF EDUCATION | ) | CIVIL ACTION No. 2:66-cv-2455-MHT |

**Defendants.**

## JOINT MOTION FOR APPROVAL OF CONSENT DECREE

COME NOW the parties to the above-styled action by and through the undersigned counsel and jointly submit the attached Consent Decree for the Court's consideration and approval. Further in support of said motion, the parties state as follows:

-1-

1.    The parties jointly reported to the Court on July 31, 1998, that only special education and facilities issues remained unresolved as to the State of Alabama in the Lee v. Macon cases.

2.    The parties have heretofore presented the Court with a Consent Decree on the special education component of the case, and that decree is in the latter stages of implementation according to its terms.

3.    After much deliberation, the parties developed a Consent Decree to address the defendants' obligations as to facilities, and the parties respectfully submit that the Decree is fair, reasonable, and adequate.

4.    The Decree has been approved by all necessary parties and is further presented for the Court's approval.

5.    The parties submit that additional proceedings under Rule 23 of the Federal Rules of Civil Procedure are not necessary at this time and would be pleased to have a further status call with the Court to discuss that question if the Court so desires.

WHEREFORE, premises considered, the parties jointly request that the Court enter the attached Consent Decree.

 _s/ Fred D. Gray, Jr._____
FRED D. GRAY, JR.
Gray, Langford, Sapp, McGowan, Gray & Nathanson
108 Eastside Street
Tuskegee, AL  36083-0239
Phone   :   (334) 727-4830
Fax      :   (334) 727-5877 Fax
GRA 053

  /s Norman J. Chachkin                                    _
THEODORE M. SHAW
Director-Counsel

NORMAN J. CHACHKIN
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson Street, 16th floor
New York, NY 10013
Phone  :  (212) 965-2200
Fax      :  (212) 219-2052
For Private Plaintiffs and Plaintiff-Intervenors.



LEURA GARRETT
United States Attorney

WAN J. KIM
Assistant Attorney General

/s  Pauline A. Miller                              _
JEREMIAH GLASSMAN
PAULINE A. MILLER
United States Department of Justice
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Avenue, N.W.
PHB 4300
Washington, DC 20530
Phone  :  (202) 514-2179
Fax      :  (202) 514-8337
AZ 5072
For Plaintiff-Intervenors.

/s Reginald L. Sorrells_____
REGINALD L. SORRELLS (ASB #1249-E61R))
LARRY E. CRAVEN (ASB # 8610-N51L)
Office of General Counsel
Alabama State Department of Education
5103 Gordon Persons Building
50 North Ripley Street
Montgomery, AL 36130
Phone   :  (334) 242-1899
Fax      :  (334) 242-1982

/s Constance S. Barker  _____
CONSTANCE S. BARKER
Capell & Howard P.C.
150 South Perry Street
P.O. Box 2069
Montgomery, AL 36102
Phone   :  (334) 241-8048
Fax      :  (334) 241-8248

/s Whit Colvin_____
WHIT COLVIN
Bishop, Colvin, Johnson & Kent
1910 First Avenue North
Birmingham, Alabama 35203
Phone : (205) 251-2881
Fax     : (205) 254-3987
(ASB # 3137-C51G)

For Defendants.