IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff-Intervenor ) | |
|    and Amicus Curiae, ) | |
| ) | |
| NATIONAL EDUCATION ) | |
| ASSOCIATION, INC., ) | |
| ) | |
|    Plaintiff-Intervenor, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 3:70cv846-T |
| MACON COUNTY BOARD OF ) | (WO) |
| EDUCATION, et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

It is ORDERED that the joint motion for approval of state-wide facilities-issue consent decree (Doc. No. 118) is denied without prejudice as to this case. That issue is not being litigated in this off-shoot Lee case.

DONE, this the 17th day of February, 2006.

                                        /s/ MYRON H. THOMPSON
                                  UNITED STATES DISTRICT JUDGE