IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ANTHONY T. LEE, et al.,         )
                                )
    Plaintiffs,                 )
                                )
UNITED STATES OF AMERICA,       )
                                )
    Plaintiff-Intervenor        )
    and Amicus Curiae,          )
                                )
NATIONAL EDUCATION              )
ASSOCIATION, INC.,              )
                                )
    Plaintiff-Intervenor,       )
                                )
    v.                          )   CIVIL ACTION NO.
                                )     3:70cv846-MHT
MACON COUNTY BOARD OF           )
EDUCATION, et al.,              )
                                )
    Defendants.                 )
```

ORDER

In light of the progress report filed by the United States on February 21, 2006 (Doc. No. 120), discussing the investigation conducted by the Macon County School District into allegations of illegal inter-district student transfers and reflecting the parties' satisfaction that any decline in student enrollment in

Macon County is not due to any such alleged illegal transfers, it is ORDERED that the status conference currently set for February 23, 2006, is cancelled.

DONE, this the 22nd day of February, 2006.


    /s/ MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE