IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., )<br>  )<br>   Plaintiffs, )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff-Intervenor )<br>   and Amicus Curiae, )<br>  )<br>NATIONAL EDUCATION )<br>ASSOCIATION, INC., )<br>  )<br>   Plaintiff-Intervenor, )<br>  )<br>   v. )<br>  )<br>MACON COUNTY BOARD OF )<br>EDUCATION, et al., )<br>  )<br>   Defendants. ) | CIVIL ACTION NO.<br>3:70cv846-MHT |

ORDER

It is ORDERED that the motion to withdraw (doc. no. 122) is granted.

DONE, this the 6th day of April, 2006.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE